

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
4  STEVEN R. WELK
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
6  FRANK D. KORTUM
   Assistant United States Attorney
7  California Bar Number 110984
        1400 United States Courthouse
8       312 North Spring Street
9       Los Angeles, California 90012
        Telephone: (213) 894-5710
10      Facsimile: (213) 894-7177
        E-mail: Frank.Kortum@usdoj.gov
11

12 Attorneys for Plaintiff
   United States of America
13

14            UNITED STATES DISTRICT COURT

15         FOR THE CENTRAL DISTRICT OF CALIFORNIA

16               SOUTHERN DIVISION

17 UNITED STATES OF AMERICA,        No. SACV13-907-A6 (ANx)

18              Plaintiff,          **VERIFIED COMPLAINT FOR
                                    FORFEITURE**
19              v.
                                    31 U.S.C. § 5317(c)(2) and 18
20 ONE 2006 LAMBORGHINI             U.S.C. § 984
   MURCIELAGO,
21                                           [I.C.E.]
                Defendant.
22

23      The United States of America brings this claim against the

24 Defendant, One 2006 Lamborghini Murcielago, and alleges as

25 follows:

26                    JURISDICTION AND VENUE

27   1.   This is a civil forfeiture action brought pursuant to 31

28 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

2.    This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.  Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

3.    The plaintiff is the United States of America.

4.    The defendant is a vehicle described more particularly as One 2006 Lamborghini Murcielago, VIN: ZHWBU26S96LA02025 ("defendant vehicle"), which is registered to Lamborghini Newport Beach ("LNB").  Immigration and Customs Enforcement ("ICE") agents seized the defendant vehicle pursuant to a federal seizure warrant on or about February 1, 2012 at the Irwindale Police Department ("IPD"), located at 5050 North Irwindale Avenue in Irwindale, California.

5.    The defendant vehicle is in the custody of United States Customs and Border Protection ("CBP"), where it shall remain subject to the jurisdiction of this Court during the pendency of this action.

6.    The interests of LNB, Eddie Escobedo ("Escobedo"), Remate del Monte Auto Sales ("Remate"), Ernesto Zugasti-Coria ("Zugasti"), Cecilia S. Mariscal ("Mariscal"), Luis Perez ("Perez"), Margarita Silva ("Silva"), Dealer Services Corporation ("DSC"), and NextGear Capital, Inc. ("NextGear Capital") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

7.    In order to detect attempts to conceal the large amounts of cash that often result from illegal activity, the government requires certain businesses and banks that receive more than $10,000 in cash (either in one transaction or in two

1  or more related transactions) to file an IRS Form 8300 ("Form
2  8300") (with respect to businesses) and other forms (with
3  respect to banks), both of which are referred to as a Currency
4  Transaction Report ("CTR").  Any transactions conducted between
5  a payer and the recipient in a 24-hour period are considered to
6  be related transactions.  Because the filing of a CTR can lead
7  to the detection of criminal activity, individuals or entities
8  wishing to dispose of large amounts of cash often engage in
9  strategies designed to increase the likelihood that a business
10 receiving their cash (or a bank receiving a cash deposit) will
11 not realize that a CTR must be filed.  One such strategy is
12 known as structuring, which involves making multiple cash
13 payments or deposits, in amounts less than or equal to $10,000,
14 on the same day, but at different locations.  Structuring is
15 prohibited by 31 U.S.C. § 5324(a)(3).

16    8.   On April 26, 2011, a man identifying himself as Perez
17 presented Remate's business license and Department of Motor
18 Vehicle Dealer License to LNB in connection with a purported
19 dealer to dealer transaction for the purchase of the defendant
20 vehicle at a price of $174,780.  On May 25, 2011, Silva, who was
21 not a Remate employee, signed a contract for the purchase of the
22 defendant vehicle, using Remate's business address.  Silva made
23 a $7,000 cash down payment on the defendant vehicle, promising
24 to pay the remaining $167,780 in one payment by July 9, 2011.

25    9.   The government alleges that the man using Perez's
26 identification was actually Escobedo, and that Silva and
27 Escobedo acted in concert.  Zugasti, who owned Remate along with
28 Mariscal, later stated that although he knew Escobedo, neither

1   Escobedo, Perez, nor Silva were employees of Remate, that
2   Escobedo did not have Zugasti's permission to use Remate's
3   business and DMV Dealer licenses, and that the defendant vehicle
4   was not part of Remate's inventory or for sale on Remate's lot,
5   but was instead operated solely by Escobedo for Escobedo's
6   personal use.
7        10.  On or about July 15, 2011, LNB disclosed in a Form
8   8300 that on June 1, 2011, 17 deposits totaling $164,200 were
9   made to a bank account at U.S. Bank in the name of LNB ("LNB
10  Account") in connection with the purchase of the defendant
11  vehicle.
12       11.  Each of the 17 deposits into the LNB Account were just
13  under the amount of $10,000, and the pattern of deposits was
14  indicative of structuring in order to evade transaction
15  reporting requirements, in violation of 31 U.S.C. § 5324.  The
16  following sets forth the amounts and locations of the cash
17  deposits:
18
19
| Date | Amount | Location |
|------|--------|----------|
| June 1, 2011 | $9,800.00 | Downey |
| June 1, 2011 | $9,700.00 | Norwalk |
| June 1, 2011 | $9,500.00 | Maywood |
| June 1, 2011 | $9,500.00 | Northridge |
| June 1, 2011 | $9,500.00 | Reseda |
| June 1, 2011 | $9,500.00 | Downey |
| June 1, 2011 | $9,400.00 | Montebello |
| June 1, 2011 | $9,800.00 | Van Nuys |
| June 1, 2011 | $9,800.00 | Mission Hills |

| June 1, 2011 | $9,800.00 | Granada Hills |
|---|---|---|
| June 1, 2011 | $9,600.00 | Huntington Beach |
| June 1, 2011 | $9,700.00 | Costa Mesa |
| June 1, 2011 | $9,800.00 | Huntington Beach |
| June 1, 2011 | $9,800.00 | Panorama City |
| June 1, 2011 | $9,500.00 | Burbank |
| June 1, 2011 | $9,800.00 | Panorama City |
| June 1, 2011 | $9,700.00 | Van Nuys |
| | TOTAL: | $164,200.00 |

12.  On January 15, 2012, based in part on discrepancies in the defendant vehicle's registration and licensing documents, the IPD took custody of the defendant vehicle, which was being driven at the time by Escobedo.  On or about, February 1, 2012, ICE agents took custody of the defendant vehicle at the IPD, located at 5050 N. Irwindale Avenue, Irwindale, California.

13.  On or about April 20, 2012, ICE gave notice of the seizure to DSC, which was a creditor of Remate.  After receiving the notice DSC asserted that it had a security interest in the defendant vehicle.  (DSC and another corporation subsequently merged to form NextGear Capital.)  Plaintiff alleges that neither DSC nor NextGear Capital have a valid security interest in the defendant vehicle.

14.  Based on the above, plaintiff alleges that the purchase of the defendant vehicle is traceable to one or more violations of 31 U.S.C. § 5324 (structuring).  The defendant vehicle is therefore subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2).  Plaintiff also alleges that to the extent any portion of the funds used to purchase the defendant vehicle are

1  fungible property found in the same account involved in the
2  offenses alleged, and are therefore subject to forfeiture
3  pursuant to 18 U.S.C. § 984.
4      WHEREFORE, the United States prays that due process issue to
5  enforce the forfeiture of the defendant vehicle, due notice be
6  given to all interested parties to appear and show cause why
7  forfeiture should not be decreed, that this court decree
8  forfeiture of the defendant vehicle to the United States of
9  America for disposition according to law, and for such other and
10 further relief as this court may deem just and proper, together
11 with the costs and disbursements of this action.
12
13 Dated:  June 13, 2013          Respectfully submitted,
14
15                                ANDRÉ BIROTTE JR.
                                  United States Attorney
16                                ROBERT E. DUGDALE
                                  Assistant United States Attorney
17                                Chief, Criminal Division
                                  STEVEN R. WELK
18                                Assistant United States Attorney
                                  Chief, Criminal Division
19
20
21
22                                FRANK D. KORTUM
                                  Assistant United States Attorney
23                                Attorneys for Plaintiff
                                  United States of America
24
25
26
27
28

## VERIFICATION

I, Wanda Chavez, hereby declare that:

1.     I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE") and am the case agent for the forfeiture matter entitled United States of America v. One 2006 Lamborghini Murcielago.

2.     I have read the above verified Complaint for Forfeiture and know its contents.  It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.     Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 13, 2013 at Los Angeles, California.


Wanda Chavez
Special Agent - ICE

```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ California Bar No. 149883
   │ Assistant United States Attorney
 5 │ Chief, Asset Forfeiture Section
   │ FRANK KORTUM
 6 │ Assistant United States Attorney
   │ Asset Forfeiture Section
 7 │ California Bar No.  110984
   │     Federal Courthouse, 14ᵗʰ Floor
 8 │     312 North Spring Street
   │     Los Angeles, California 90012
 9 │     Telephone:  (213) 894-5710
   │     Facsimile:  (213) 894-7177
10 │     E-mail:  Frank.Kortum@usdoj.gov
   │
11 │ Attorneys for Plaintiff
   │ United States of America
12 │
   │
13 │              UNITED STATES DISTRICT COURT
   │        FOR THE CENTRAL DISTRICT OF CALIFORNIA
14 │                   SOUTHERN DIVISION
   │
15 │ UNITED STATES OF AMERICA,       )   CV SACV13-907-AG (ANx)
   │                                 )
16 │              Plaintiff,         )   NOTICE
   │                                 )
17 │         v.                      )
   │                                 )
18 │ ONE 2006 LAMBORGHINI            )
   │ MURCIELAGO,                     )
19 │                                 )
   │              Defendant.         )
20 │ _____)
   │
21 │
   │
22 │      In obedience to a Warrant of Arrest In Rem to me directed,
   │
23 │ in the above-entitled cause, I have, on the ___ day of _____,
   │
24 │ 2013, seized and taken into my possession, the following
   │
25 │ described defendants, to wit: One 2006 Lamborghini Murcielago,
   │
26 │ for the cause set forth in the Complaint, to wit: violation of
   │
27 │ federal laws, now pending in the United States District Court for
   │
28 │ the Central District of California, at Santa Ana, California.
```

1    Amount demanded is the sum of $-0-, plus interest and costs.

2         I HEREBY GIVE NOTICE to any person who claims an interest in

3    the above-described defendants that, pursuant to Rule G(5) of the

4    Supplemental Rules for Admiralty or Maritime Claims and Asset

5    Forfeiture Actions of the Federal Rules of Civil Procedure, said

6    person must file with the Clerk of the United States District

7    Court at Los Angeles, California and serve upon the attorney for

8    the plaintiff, a verified Claim identifying the property claimed

9    and his or her interest in the property not later than thirty-

10   five (35) days after the date of service of the Complaint, or

11   within such additional time as the court may allow; that said

12   person must file and serve an Answer within twenty (20) days

13   after the filing of the verified Claim; that if notice was

14   published but direct notice was not sent to said person or to

15   said person's attorney, the Claim must be filed no later than

16   sixty (60) days after the first day of publication on an official

17   internet government forfeiture site or legal notice under Rule

18   G(4)(a); and that all interested persons must file verified

19   Claims and Answers within the time so fixed; otherwise, default

20   may be entered and forfeiture ordered of the interest in the

21   defendants of any person not so complying.  Applications for

22   intervention under Rule 24 of the Federal Rules of Civil

23   Procedure by persons claiming maritime liens or other interests

24   shall be filed within the time fixed by the court.  A claim filed

25   by a person asserting an interest as a bailee must identify the

26   bailor, and if filed on the bailor's behalf must state the

27   authority to do so.

28

                                   2

1    Pursuant to General Order 10-07 of the United States

2    District Court for the Central District of California, this

3    action is subject to the Electronic Case Filing ("ECF") System.

4    ECF User Registration Forms may be obtained from the Court.

5    Please check http://www.forfeiture.gov for a listing of all

6    judicial forfeiture notices.

7    Plaintiff's attorney is Assistant United States Attorney

8    Frank D. Kortum, 312 North Spring Street, 14th Floor, Los

9    Angeles, California 90012, (213) 894-5710.

10    The custodian of the defendant property is the Department of

11    Homeland Security, Bureau of Customs and Border Protection,

12    Seized Property Custodian for U.S. Customs and Border Protection,

13    301 East Ocean Boulevard, Suite 620, Long Beach, CA, 90802

14    (562) 624-3800

15    DATED:   This ____ day of _____, 2013.

16

17                     U.S. CUSTOMS AND BORDER PROTECTION

18

19                     FINES, PENALTIES, AND FORFEITURES
                       OFFICER

20

21

22

23

24

25

26

27

28

3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV13- 907 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> UNITED STATES OF AMERICA | DEFENDANTS <br> ONE 2006 LAMBORGHINI MURCIELAGO |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> FRANK D. KORTUM, Assistant United States Attorney <br> California Bar Number 110984 <br> Federal Courthouse, 14th Floor , 312 North Spring Street <br> Los Angeles, California 90012 <br> Telephone:   (213) 894-3584-5710 , Facsimile:   (213) 894-7177 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No       ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☑ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   SACV13-907

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s):  SACV12-01497-DOC(JPRx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
  ☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
  ☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____    Date June 14, 2013

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |