1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California Bar Number 110984
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-5710
9       Facsimile: (213) 894-7177
        E-mail: Frank.Kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America



12                  UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        SOUTHERN DIVISION

15 UNITED STATES OF AMERICA,      )  NO. cv SACV13-907-AG(ANx)
                                  )
16           Plaintiff,           )
                                  )  EX PARTE APPLICATION FOR ORDER
17      v.                        )  APPOINTING UNITED STATES CUSTOMS
                                  )  AND BORDER PROTECTION AS
                                  )  SUBSTITUTE CUSTODIAN IN PLACE OF
18 ONE 2006 LAMBORGHINI           )  THE U.S. MARSHALS SERVICE;
   MURCIELAGO,                    )  MEMORANDUM OF POINTS AND
19                                )  AUTHORITIES
           Defendant.             )
20 _____)

21

22      Pursuant to Supplemental Rule G(3)(c)(I) of the Supplemental

23 Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture

24 Actions, Federal Rules of Civil Procedure, and Local Rule E.13(a)

25 of the Rules for Admiralty and Maritime Claims, plaintiff United

26 States of America hereby respectfully applies for an order

27 appointing the United States Customs and Border Protection as the

28 substitute custodian in place of the United States Marshals Service

1  for the defendants in this action.  This application is based on
2  the attached Memorandum of Points and Authorities and the pleadings
3  and file in this case.
4
5  DATED: June 13, 2013          ANDRÉ BIROTTE JR.
                                 United States Attorney
6                                ROBERT E. DUGDALE
                                 Assistant United States Attorney
7                                Chief, Criminal Division
                                 STEVEN R. WELK
8                                Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
9
                                 _____
10                               FRANK D. KORTUM
                                 Assistant United States Attorney
11
                                 Attorneys for Plaintiff
12                               United States of America

MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff United States of America ("plaintiff" or the "government") seeks an order appointing the United States Customs and Border Protection ("CBP") as the substitute custodian in place of the United States Marshals Service ("USMS") for the defendants in this action.

Local Rule E.13(a) of the Rules for Admiralty and Maritime Claims provides, in pertinent part,

> When . . . property is brought into the Marshal's custody by arrest or attachment, the Marshal shall arrange for adequate safekeeping . . . . <u>A substitute custodian in place of the Marshal may be appointed by order of the Court</u>.[1]

(Emphasis added.) Likewise, Rule G(3)(c)(i)-(ii) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), setting forth procedures for execution of process applicable to *in rem* civil forfeiture actions, states:

> (i) The warrant and any supplemental process must be delivered to a person or organization authorized to execute it, who may be: (A) a marshal <u>or any other United States officer or employee</u>; (B) someone under contract with the United States; or (C) <u>someone specially appointed by the court for that purpose</u>.
>
> (ii) The authorized person or organization must execute the

---

[1] "A substitute custodian is held to the same standard of care as the U.S. Marshal, which is essentially a reasonable standard of care." <u>Scotiabank de Puerto Rico v. M/V Atuti</u>, 326 F.Supp.2d 282, 284 (D. Puerto Rico 2004).

3

1 | warrant and any supplemental process . . . .
2 | (Emphasis added.)  Thus, a substitute custodian in place of the
3 | Marshal is expressly contemplated by the rules governing this
4 | type of case.
5 | Here, the seizing or arresting agency is CBP, which
6 | traditionally maintains custody of the assets it seizes, such as
7 | the defendants.
8 | For these reasons, the government respectfully requests that
9 | the Court appoint CBP as the substitute custodian in place of
10 | the USMS for the defendants.

11 | DATED: June 13, 2013

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California Bar Number 110984
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2727
 9       Facsimile: (213) 894-7177
         E-mail: Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

COPY

LODGED  2013 JUN 14 AM 8:32  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV SACV13-907-AG (ANx) |
| Plaintiff, | [Proposed] ORDER APPOINTING UNITED STATES CUSTOMS AND BORDER PROTECTION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHAL SERVICE |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. | |

IT IS HEREBY ORDERED that upon the arrest of the defendants, United States Customs and Border Protection, Long Beach, California, 301 East Ocean Blvd., Suite 620, Long Beach, CA 90802 shall assume custody of the defendants on behalf of this Court, in place of the United States Marshals, and shall maintain custody of such defendants during the time it remains in custodia legis,


1  pursuant to Rule G(3)(c)(i) of the Supplemental Rules for Certain
2  Admiralty or Maritime Claims and Asset Forfeiture Actions and Local
3  Admiralty Rule E.13(a);
4       IT IS FURTHER ORDERED that the United States Customs and
5  Border Protection shall continue to maintain possession of such
6  defendants in safe custody until such time that this Court orders
7  the release or forfeiture of said defendants and said defendants
8  are disposed of in accordance with Rule G(7)(c) of the Supplemental
9  Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture
10 Actions, or as otherwise allowed by law;
11      IT IS FURTHER ORDERED that, before the delivery of the
12 defendants after such release or disposal is ordered, all costs and
13 charges of the Court and its officers, more particularly the United
14 States Customs and Border Protection as Substitute Custodian, must
15 first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules
16 for Certain Admiralty or Maritime Claims and Asset Forfeiture
17 Actions; and
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1 | IT IS FURTHER ORDERED THAT, as Substitute Custodian of the
2 | defendants, the United States Customs Border and Protection shall
3 | perform all duties and responsibilities that the United States
4 | Marshals is authorized to perform pursuant to the Supplemental
5 | Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture
6 | Actions.
7 | DATED: _____, 2013.
8 |
9 |                                      _____
10|                                      UNITED STATES DISTRICT JUDGE
11|
12| PRESENTED BY:
13| ANDRÉ BIROTTE JR.
   | United States Attorney
14| ROBERT E. DUGDALE
   | Assistant United States Attorney
15| Chief, Criminal Division
   | STEVEN R. WELK
16| Assistant United States Attorney
   | Chief, Asset Forfeiture Section
17|
18| _____
   | FRANK D. KORTUM
19| Assistant United States Attorney
20| Attorneys for Plaintiff
   | United States of America