ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar Number 110984
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 13-0907-DOC(JPRx) |
| Plaintiff, | |
| v. | ORDER APPOINTING UNITED STATES CUSTOMS AND BORDER PROTECTION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHAL SERVICE |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. | |

    IT IS HEREBY ORDERED that upon the arrest of the defendants, United States Customs and Border Protection, Long Beach, California, 301 East Ocean Blvd., Suite 620, Long Beach, CA 90802 shall assume custody of the defendants on behalf of this Court, in place of the United States Marshals, and shall maintain custody of such defendants during the time it remains in <u>custodia legis</u>,

1 pursuant to Rule G(3)(c)(i) of the Supplemental Rules for Certain
2 Admiralty or Maritime Claims and Asset Forfeiture Actions and Local
3 Admiralty Rule E.13(a);
4     IT IS FURTHER ORDERED that the United States Customs and
5 Border Protection shall continue to maintain possession of such
6 defendants in safe custody until such time that this Court orders
7 the release or forfeiture of said defendants and said defendants
8 are disposed of in accordance with Rule G(7)(c) of the Supplemental
9 Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture
10 Actions, or as otherwise allowed by law;
11     IT IS FURTHER ORDERED that, before the delivery of the
12 defendants after such release or disposal is ordered, all costs and
13 charges of the Court and its officers, more particularly the United
14 States Customs and Border Protection as Substitute Custodian, must
15 first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules
16 for Certain Admiralty or Maritime Claims and Asset Forfeiture
17 Actions; and
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

IT IS FURTHER ORDERED THAT, as Substitute Custodian of the defendant, the United States Customs Border and Protection shall perform all duties and responsibilities that the United States Marshals is authorized to perform pursuant to the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED: July 2, 2013.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America