PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:    (714) 547-2444
Fax No.:       (714) 835-2889

Attorneys for NextGear Capital, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**CLAIMANT NEXTGEAR CAPITAL, INC'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**<br><br>The Hon. David O. Carter |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Claimant NEXTGEAR CAPITAL, INC ("Claimant") answers the Verified Complaint of Plaintiff ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1. Answering Paragraph 1, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2. Answering Paragraph 2, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

1    3.    Answering Paragraph 3, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 3 further contains legal conclusions and argument as to which no response is required.

     4.    Answering Paragraph 4, Claimant admits that Defendant is one 2006 Lamborghini Murcielago. Except as expressly admitted herein, Claimant denies each and every allegation contained therein.

     5.    Answering Paragraph 5, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 5 further contains legal conclusions and argument as to which no response is required.

     6.    Answering Paragraph 6, Claimant admits that The interests of NextGear Capital, Inc. may be adversely affected by these proceedings. Except as expressly admitted herein, Claimant denies each and every allegation contained therein.

     7.    Answering Paragraph 7, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 7 further contains legal conclusions and argument as to which no response is required.

     8.    Answering Paragraph 8, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 8 further contains legal conclusions and argument as to which no response is required.

     9.    Answering Paragraph 9, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10. Answering Paragraph 10, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11. Answering Paragraph 11, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Claimant admits that Admit that NextGear Capital, Inc., then known as Dealer Services Corporation ("DSC"), received notice of the seizure and that NextGear is a secured creditor of Remate. Except as expressly admitted herein, Claimant denies each and every allegation contained therein.

14. Answering Paragraph 14, Claimant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

Claimant pleads the following separate defenses. Claimant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. As a separate and first affirmative defense to the Verified Complaint, and to the purported causes of action set forth therein, Claimant alleges that the Verified Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

(Estoppel)

2. As a separate and second affirmative defense to the Verified Complaint and each purported cause of action contained therein, Claimant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Verified Complaint by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

(Waiver)

3. As a separate and third affirmative defense to the Verified Complaint and each purported cause of action contained therein, Claimant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Verified Complaint by the doctrine of waiver.

WHEREFORE, Claimant prays for relief as follows:

1. That the Verified Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of this Verified Complaint and that judgment be entered against Plaintiff and in favor of Claimant;

3. That Claimant be awarded its attorneys' fees and costs incurred in defending this action;

4. That Claimant be granted such other and further relief as the Court may deem just and proper.

DATED: July 26, 2013

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By: _____
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for NextGear Capital, Inc.