**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**TOM R. NORMANDIN, SBN 102265**
tnormandin@pnbd.com
**PAULA M. HARRELSON, SBN 167438**
pharrelson@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.:     (714) 547-2444**
**Fax No.:        (714) 835-2889**

Attorneys for DEALER SERVICES
CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEALER SERVICES CORPORATION, which will do business in California as DISCOVER DSC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the U.S. Government and Division of the Department of Homeland Security,<br><br>Defendants. | Case No. SACV13-907-DOC (JPR)<br><br>**CERTIFICATE OF SERVICE**<br><br>The Hon. David O. Carter |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On July 26, 2013, I served true copies of the following document(s) described on the interested parties:

**1.      NEXTGEAR CAPITAL, INC.'S STATEMENT OF INTEREST**

in this action, as follows:

/ / /

/ / /

/ / /

/ / /

1   Frank D. Kortum                          Attorneys for the UNITED STATES
    Assistant United States Attorney         OF AMERICA
2   Asset Forfeiture Section
    United States Courthouse
3   312 North Spring Street, Suite 1400
    Los Angeles, CA 90012
4   Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
5   E-mail:  frank.kortum@usdoj.gov

6        **BY MAIL:**   I enclosed the document(s) in a sealed envelope or package
7   addressed to the persons at the addresses listed in the Service List and placed the
    envelope for collection and mailing, following our ordinary business practices.  I am
8   readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting
    and processing correspondence for mailing.  On the same day that correspondence is
9   placed for collection and mailing, it is deposited in the ordinary course of business with
    the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am
10  a resident or employed in the county where the mailing occurred.  The envelope was
    placed in the mail at Santa Ana, California.

11       I declare under penalty of perjury under the laws of the United States of America
12  that the foregoing is true and correct and that I am employed in the office of a member
    of the bar of this Court at whose direction the service was made.

13       Executed on July 26, 2013, at Santa Ana, California.

14

15                                    ___/s/ Farida Baig_____
16                                    Farida Baig

17

18

19

20

21

22

23

24

25

26

27

28

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel (714) 547-2444 • Fax (714) 835-2889