**PRENOVOST, NORMANDIN, BERGH & DAWE**
A Professional Corporation
**TOM R. NORMANDIN, SBN 102265**
tnormandin@pnbd.com
**PAULA M. HARRELSON, SBN 167438**
pharrelson@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.:   (714) 547-2444**
**Fax No.:     (714) 835-2889**

Attorneys for DEALER SERVICES CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEALER SERVICES CORPORATION, which will do business in California as DISCOVER DSC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the U.S. Government and Division of the Department of Homeland Security,<br><br>Defendants. | Case No. SACV13-907-DOC (JPR)<br><br>**CERTIFICATE OF SERVICE**<br><br>The Hon. David O. Carter |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On July 26, 2013, I served true copies of the following document(s) described on the interested parties:

**1.   CLAIMANT NEXTGEAR CAPITAL, INC.'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**

in this action, as follows:

/ / /

/ / /

/ / /

8443.0037 / 773230.1                   1                   SACV13-907-DOC (JPR)
CERTIFICATE OF SERVICE

| | |
|---|---|
| Frank D. Kortum<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov | Attorneys for the UNITED STATES<br>OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2013, at Santa Ana, California.

   /s/ Farida Baig
Farida Baig