IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SACV 13-907 DOC (JPR) |
| ) | |
| One 2006 Lamborghini Murcielago, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 15, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the actual notice as seen on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2013, at Los Angeles, CA.

*[signature]*

Ricardo Reyes

Records Examiner

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
## COURT CASE NUMBER: SACV 13-907; NOTICE OF FORFEITURE ACTION

Pursuant to 31 U.S.C. § 5317 and 18 U.S.C. § 984, the United States filed a verified Complaint for Forfeiture against the following property:

2006 Lamborghini Murcielago VIN:ZHWBU26S96LA02025 VIN#  (13-ICE-000795) which was seized from Raul Ernesto Zugasti-Coria on February 01, 2013 at Irwindale Police Department, ▬▬▬▬▬▬▬▬▬▬, located in Irwindale, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 15, 2013) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 411 West Fourth Street, Room 1053, Santa Ana, CA  92701-4516, and copies of each served upon Assistant United States Attorney Frank Kortum, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 15, 2013 and August 13, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. One 2006 Lamborghini Murcielago

**Court Case No:** SACV 13-907
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/15/2013 | 23.9 | Verified |
| 2 | 07/16/2013 | 23.8 | Verified |
| 3 | 07/17/2013 | 24.0 | Verified |
| 4 | 07/18/2013 | 24.0 | Verified |
| 5 | 07/19/2013 | 24.0 | Verified |
| 6 | 07/20/2013 | 24.0 | Verified |
| 7 | 07/21/2013 | 24.0 | Verified |
| 8 | 07/22/2013 | 24.0 | Verified |
| 9 | 07/23/2013 | 24.0 | Verified |
| 10 | 07/24/2013 | 24.0 | Verified |
| 11 | 07/25/2013 | 23.6 | Verified |
| 12 | 07/26/2013 | 24.0 | Verified |
| 13 | 07/27/2013 | 24.0 | Verified |
| 14 | 07/28/2013 | 24.0 | Verified |
| 15 | 07/29/2013 | 24.0 | Verified |
| 16 | 07/30/2013 | 24.0 | Verified |
| 17 | 07/31/2013 | 24.0 | Verified |
| 18 | 08/01/2013 | 24.0 | Verified |
| 19 | 08/02/2013 | 24.0 | Verified |
| 20 | 08/03/2013 | 24.0 | Verified |
| 21 | 08/04/2013 | 24.0 | Verified |
| 22 | 08/05/2013 | 24.0 | Verified |
| 23 | 08/06/2013 | 24.0 | Verified |
| 24 | 08/07/2013 | 24.0 | Verified |
| 25 | 08/08/2013 | 24.0 | Verified |
| 26 | 08/09/2013 | 24.0 | Verified |
| 27 | 08/10/2013 | 23.6 | Verified |
| 28 | 08/11/2013 | 24.0 | Verified |
| 29 | 08/12/2013 | 24.0 | Verified |
| 30 | 08/13/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.