Andrew Reed Flier, Esq.
State Bar No. 137372
FLIER AND FLIER
15250 Ventura Boulevard, Suite 600
Sherman Oaks, California 91403
Phone: (818) 990-9500
Fax: (818) 990-1303
Email: andrew@flierandflier.com

Attorney for Claimant
ERNESTO ZUGASTI-CORIA

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No. SA CV13-907-DOC(JPRx) |
|---|---|
| Plaintiff, | ) |
| | ) CLAIM OPPOSING FORFEITURE |
| vs. | ) |
| | ) The Honorable David O. Carter |
| ONE 2006 LAMBORGHINI MURCIELAGO, | ) |
| | ) |
| Defendant(s). | ) |
| ERNESTO ZUGASTI-CORIA, | ) |
| | ) |
| Claimant | ) |

Claimant, ERNESTO ZUGASTI-CORIA ("Zugasti") by and through his counsel of record, Andrew Reed Flier, hereby files this claim identifying his right or interest in the above referenced vehicle.

This motion is based upon the attached memorandum of points and authorities, the record in this case, and any other evidence that the Court may wish to consider.

Dated: September 2, 2013

Respectfully submitted,

FLIER AND FLIER
A Law Corporation

By: _____
ANDREW REED FLIER
Attorney for Defendant
ERNESTO ZUGASTI-CORIA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## INTRODUCTION

Plaintiff alleges the 2006 Lamborghini Murcielago, VIN: ZHWBU26S96LA02025, herein referred to as "defendant vehicle" was purchased in violation of 31 U.S.C. § 5324, structuring.

On April 26, 2011, a man identifying himsel as Luis Perez presented a business license for Remate del Monte Auto Sales and a Department of Motor Vehicle Dealer License to Lamborghini Newport Beach ("LNB"). This was in connection with a purported dealer to dealer transaction for the purchase of the "defendant vehicle" at a price of $174,780.00. On May 25, 2011, Margarita Silva, whom was not a Remate employee, signed a contract for the purchase of the "defendant vehicle", using Remate's business address. Ms. Silva, whom was not a Remate employee, signed a contract for the purchase of the "defendant vehicle", using Remate's business address. Ms. Silva made a $7,000 cash down payment on the "defendant vehicle", promising to pay the remaining $167,780 were in one payment by July 9, 2011.

Mr. Zugasti, whom owned Remate along with Cecilia Mariscal, later stated that although he knew Eddie Escobedo, neither Eddie Escobedo, Luis Perez, nor Margarita Silva were employees of Remate. Further, Mr. Escobedo did not have Mr. Zugasti's permission to use Remate's business and DMV Dealer licenses. Further, that the "defendant vehicle" was not part of Remate's inventory or for sale on Remate's lot. The "defendant vehicle" was instead operated solely by Mr. Escobedo for Mr. Escobedo's personal use.

On or about July 15, 2011, "LBN" disclosed in a Form 8300 that on June 1, 2011, 17 deposits totaling $164,200 made to a bank account at U.S. Bank in the name of "LBN" that were in connection with the purchase of the "defendant vehicle".

Each of the 17 deposits into the "LBN" account were just under the amount of $10,000. This pattern of deposits was believed to be indicative of a structuring scheme in order to evade the required transaction reporting requirements, in violation of 31 U.S.C. § 5324. These deposits

were made at different banks.

On January 15, 2012, based in part on discrepancies in the "defendant vehicle's" registration and licensing documents, the Irwindale Police Department took possession and custody of the "defendant vehicle". The vehicle was being driven at the time by Mr. Escobedo. Then, on or about February 1, 2012, ICE agents took custody of the "defendant vehicle" at the Irwindale Police Department.

On or about April 20, 2012, ICE then gave notice of the seizure to "Dealer Services Corporation", which was a creditor of Remate.

## II

## DISCUSSION

Pursuant to the <u>Rule of Civil Procedure, Admiralty, Maritime Claims, Supplemental Rules, Rule G (5)</u>, Ernesto Zugasti-Coria is the claimant of "defendant vehicle" and he is making a claim for the 2006 Lamborghini Murcielago ("defendant vehicle"). Mr. Zugasti's claim in the "defendant vehicle" is that Mr. Escobedo gave the "defendant vehicle" to Mr. Zugasti along with the pink slip and the vehicle's title. The pink slip already displayed Mr. Zugasti's business name on the document. In exchange for the defendant vehicle, Mr. Zugasti gave to Mr. Escobedo a 2011 Infinity Q56, a 2012 BMW B7 and a Mercedes Mclaren. There are letters reflecting this transaction. Attached as <u>Exhibit "A"</u> are two documents which reflect what Mr. Zugasti claims.

## III

## CONCLUSION

For the reasons set forth above, the Court should direct that Mr. Zugasti's interest in the "defendant vehicle" not be forfeited and that Mr. Zugasti be given the proceeds from the sale of the "defendant vehicle" in exchange for the vehicles that he gave to Mr. Escobedo.

///
///
///
///

| | |
|---|---|
| Dated: September 2, 2013 | Respectfully submitted, |
| | FLIER AND FLIER |
| | A Law Corporation |
| | By: _____ |
| | ANDREW REED FLIER |
| | Attorney for Defendant |
| | ERNESTO ZUGASTI-CORIA |

I certify under penalty of perjury that the foregoing is true and correct.

                                           /s/ Ernesto Zugasti-Coria
                                               ERNESTO ZUGASTI-CORIA

# EXHIBIT "A"



## NOTICE OF DELINQUENT RENEWAL

LICENSE NUMBER
6RWV366

Registration or Certification of Planned Nonoperation (PNO) and late payment are due. Our records show that you have not renewed the vehicle's registration or filed a PNO with the $18 filing fee. California law requires all vehicle owners to register, or if the vehicle is not being operated, parked or towed upon a street or highway, to place a nonoperation status on file before the vehicle's registration expiration date. A PNO may be filed with a payment of a late filing fee, up to ninety days after the vehicle expiration date. After ninety days, a PNO cannot be filed.

**To file Planned Nonoperational (PNO) status**
* Determine PNO eligibility. Vehicle has not been operated (driven, moved, or parked on a street or highway) after the registration expiration date of 08/28/2012.
* If eligible, check the PNO box and complete the Certification of Nonoperation on the bottom portion of the notice and pay the PNO amount due. Note: PNO is valid until the vehicle is operated.

**To Renew the vehicle registration**
* Pay the renewal amount due on the bottom portion of this notice.
* Registration Suspended. See reverse side of notice.

| Fees and Tax Information for Renewal | | |
|---|---|---|
| REGISTRATION FEE | | $69 |
| LICENSE FEE (May be an income tax deduction) | | $145 |
| WEIGHT FEE (This may reflect an increase authorized by statute effective 1/1/05.) | | $0 |
| COUNTY/DISTRICT FEES (Your county or district has requested these fees.) | | $18 |
| SPECIAL PLATE FEE | | $0 |
| OWNER RESPONSIBILITY FEE | | $0 |
| PENALTY FEE | | $257 |
| SMOG ABATEMENT FEE | | $20 |

Total Late Payment Due Now

| PNO* | RENEWAL |
|---|---|
| $255 | $711 |

* PNO Filing is not allowed if postmarked after 11/26/2012.
NOTE: Additional penalties will be added after one year.

DETACH AND MAIL WITH CHECK OR MONEY ORDER AND APPROPRIATE FORM(S)
DO NOT STAPLE, TAPE OR FOLD

PNO - Planned Nonoperation
Change of Address (see back)
For DMV Use Only

230101  06273231030606  0071100  24120001080000
00050800000  0000026700  16036989 53

2531111A  C092512P01   01775  P2604E

| LICENSE NUMBER | MAKE |
|---|---|
| 6RWV366 | INFI |
| VIN | |
| JN8AZ2ND3B9701880 | |
| DMV USE | DUE DATE | AMOUNT DUE |
| | 08/28/2012 | $711 |

MAKE PAYMENT TO:

ZUGASTI CORIA RAUL E
735 W CRESCENT DR
AZUSA CA 91702-2330

DMV RENEWAL
P.O. BOX 942894
SACRAMENTO CA 94294-0894

23010104273231030606007110024120001080000005080000000000267001603698953

# NOTICE OF DELINQUENT RENEWAL

**LICENSE NUMBER: 6UBG992**

Registration or Certification of Planned Nonoperation (PNO) and late payment are due. Our records show that you have not renewed the vehicle's registration or filed a PNO with the $18 filing fee. California law requires all vehicle owners to file, or, if the vehicle is not being operated, parked or towed upon a street or highway, to place a nonoperation status on, before the vehicle's registration expiration date. A PNO may be filed with a payment of a late filing fee, up to ninety days after the vehicle expiration date. After ninety days, a PNO cannot be filed.

**To file Planned Nonoperational (PNO) status**

- Determine PNO eligibility. Vehicle has not been operated (driven, moved, or parked on a street or highway) after the registration expiration date of 10/08/2012.
- If eligible, check the PNO box and complete the Certification of Nonoperation on the bottom portion of the notice and pay the PNO amount due. Note: PNO is valid until the vehicle is operated.

**To Renew the vehicle registration**

- Pay the renewal amount due on the bottom portion of this notice.
- Registration Suspended. See reverse side of notice.

**Fees and Tax Information for Renewal**

| | |
|---|---:|
| REGISTRATION FEE | $69 |
| LICENSE FEE (May be an income tax deduction) | $789 |
| WEIGHT FEE (This may reflect an increase authorized by statute effective 1/1/95.) | $0 |
| COUNTY/DISTRICT FEES (Your county or district has requested these fees.) | $10 |
| SPECIAL PLATE FEE | $0 |
| OWNER RESPONSIBILITY FEE | $0 |
| PENALTY FEE | $533 |
| SMOG ABATEMENT FEE | $20 |

**Total Late Payment Due Now**

| PNO* | RENEWAL |
|---|---|
| $521 | $1421 |

* PNO Filing is not allowed if postmarked after 01/06/2013
NOTE: Additional penalties will be added after one year.

DETACH AND MAIL WITH CHECK OR MONEY ORDER AND APPROPRIATE FORM(S)
DO NOT STAPLE, TAPE OR FOLD

- PNO - Planned Nonoperation
- Change of Address (see back)
- For DMV Use Only

230101  06301116090902 0142100  28220408000000
00050203000  0000053300  16036989 50   25311114A C110612P01   17122

| LICENSE NUMBER | MAKE |
|---|---|
| 6UBG992 | BMW |
| VIN | |
| WBAKB8C52CC448023 | |
| DMV USE | DUE DATE | AMOUNT DUE |
| | 10/08/2012 | $1421 |

MAKE PAYMENT TO:

ZUGASTI RAUL E
735 W CRESCENT DR
AZUSA CA 91702-2330

DMV RENEWAL
P.O. BOX 942894
SACRAMENTO CA 94294-0894



301 E. Ocean Blvd
Long Beach, CA 90807

**U.S. Customs and Border Protection**

# NOTICE OF FORFEITURE

Raul Zugasti
30 Mountain Laurel Way
Azusa, CA 91702

JUN 2 6 2012

CAFRA 2012-2704-000626
mk/bc

Our records identify you as a party-in-interest of the item(s) described below which were seized on 02/01/2012 by Immigration And Customs Enforcement pursuant to 18 USC Section 981(b), and, 31 USC 5317(c)(2), and are to be summarily forfeited to the Government as provided for in Title 19, United States Code, Sections 1607, and Title 18, United States Code, Section 983(a)(2)(B).

| DESCRIPTION | FORFEITURE VALUE |
|---|---|
| 2006 Lamborghini Murcielago<br>Vin: ZHWBU26S96LA02025 | $170,000.00 |

To stop the summary forfeiture proceeding, you must complete both the enclosed Election of Proceedings form (selecting option number 3) and the enclosed Seized Asset Claim form, and you must submit them to the Director of Fines, Penalties and Forfeitures, 301 E. Ocean Blvd., Long Beach, Ca 90802.

Your claim **must** be filed within thirty (30) days from the date of the final legal notice. The final legal notice will appear in the Los Angeles Daily Journal under "Legal Notices" on or about JUL 1 2 2012 and claims must be filed by AUG 1 2 2012.

Sincerely,

Robert P. Thierry
Director, Fines, Penalties
and Forfeitures

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2013, I served a copy of: **CLAIM OPPOSING FORFEITURE** by placing in the document in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

**Frank D. Kortum**
**Assistant United States Attorney**
**United States Courthouse**
**312 North Spring Street, 14th Floor**
**Los Angeles, California 90012**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 11, 2013**, at Sherman Oaks, California.

Stacy A. Winberg
Declarant

/s/ Stacy A. Winberg
Signature

- 5 -