```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 13-00907-DOC (JPRx) |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | Current Scheduling Conference Date:  October 21, 2013 |
| Defendant. | Proposed Scheduling Conference Date:  January 27, 2014 |
| NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA, | **[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH** |
| Claimants. | |

//

1 The parties to this action, by and through their respective
2 counsel of record, hereby stipulate and request that the
3 Scheduling Conference in this action, now set for October 21,
4 2013, be continued to January 27, 2014.  This Stipulation and
5 Request is made on the following grounds:
6    1. Ernesto Zugasti-Coria ("Zugasti") recently filed a claim in
7       this action.   ECF Document No. 12.  Zugasti's answer is
8       not due until September 18, 2013.  It would be premature to
9       have an early meeting of counsel or to conduct a scheduling
10       conference until Zugasti has filed an answer and the
11       remaining parties have had an opportunity to review it and
12       to assess their litigation position in light of the
13       assertions set forth in his answer.
14
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

2. If the Court continues the Scheduling Conference as requested, the parties will make use of the intervening time to make preliminary disclosures of evidence and explore the possibility of settlement.

**SO STIPULATED.**

DATED: September 17, 2013

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: September 17, 2013

PRENOVOST NORMANDIN BERGH & DAWE

_____
PAULA HARRELSON, ESQ. FDK *

Attorney for Claimant
NEXTGEAR CAPITAL, INC.

DATED: September 12, 2013

THE LAW OFFICES OF FLIER & FLIER

_____
ANDREW R. FLIER, ESQ.

Attorney for Claimant
ERNESTO ZUGASTI-CORIA

* authorized signature