ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-5710
   Facsimile: (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. SACV 13-00907-DOC (JPRx) |
| | ) |
| Plaintiff, | ) **ORDER CONTINUING SCHEDULING** |
| | ) **CONFERENCE [13]** |
| vs. | ) |
| | ) |
| ONE 2006 LAMBORGHINI | ) |
| MURCIELAGO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| NEXTGEAR CAPITAL, INC. AND | ) |
| ERNESTO ZUGASTI-CORIA, | ) |
| | ) |
| Claimants. | ) |

//

1  Based on the stipulation of the parties, and good cause
2  appearing, IT IS HEREBY ORDERED that the Scheduling Conference
3  in this action, currently set for October 21, 2013, is continued
4  to January 27, 2014 at 8:30 a.m.

DATED: September 24, 2013         /s/ David O. Carter
                                  _____
                                  THE HONORABLE DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     /s/ *Frank D. Kortum*
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA