1  Andrew Reed Flier, Esq.
   State Bar No. 137372
2  FLIER AND FLIER
   15250 Ventura Boulevard, Suite 600
3  Sherman Oaks, California 91403
   Phone: (818) 990-9500
4  Fax: (818) 990-1303
   Email: andrew@flierandflier.com
5
   Attorney for Claimant
6  ERNESTO ZUGASTI-CORIA

7

8                UNITED STATE DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11 | UNITED STATES OF AMERICA,      )  No. SA CV13-907-DOC(JPRx)
                                    )
12 |         Plaintiff,              )  CLAIMANT ERNESTO ZUGSTI-
                                    )  CORIA'S ANSWER TO THE VERIFIED
13 |    vs.                          )  COMPLAINT FOR FORFEITURE
                                    )
14 | ONE 2006 LAMBORGHINI           )
     MURCIELAGO,                    )  The Honorable David O. Carter
15 |                                 )
             Defendant(s).          )
16 |_____)

17      Pursuant to <u>Rule 8(b)</u> of the <u>Federal Rules of Civil Procedure</u>, Claimant ERNESTO

18 ZUGASTI-CORIA, answers the Verified Complaint of Plaintiff.

19                    **ANSWER TO COMPLAINT**

20      1.   Answering Paragraph 1, Claimant lacks sufficient knowledge or information to

21           form a belief concerning the truth of the factual allegations contained therein and

22           on that basis denies such allegations. Paragraph 1 further contains legal

23           conclusions and argument as to which no response is required.

24      2.   Answering Paragraph 2, Claimant lacks sufficient knowledge or information to

25           form a belief concerning the truth of the factual allegations contained therein and

26           on the basis denies such allegations. Paragraph 2 further contains legal

27           conclusions and argument as to which no response is required.

28

                                  - 1 -

| | | |
|---|---|---|
| 1 | 3. | Admit. |
| 2 | 4. | Admit. |
| 3 | 5. | Admit. |
| 4 | 6. | Answering Paragraph 6, Claimant admits that his interests may be adversely affected by these proceedings. Except as expressly admitted herein, Claimant denies each and every allegation contained therein. |
| 7 | 7. | Answering Paragraph 7, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 7 further contains legal conclusions and argument as to which no response is required. |
| 11 | 8. | Answering Paragraph 8, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 8 further contains legal conclusions and argument as to which no response is required. |
| 15 | 9. | Answering Paragraph 9, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 9 further contains legal conclusions and argument as to which no response is required. |
| 19 | 10. | Answering Paragraph 10, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required. |
| 23 | 11. | Answering Paragraph 11, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required. |
| 27 | 12. | Answering Paragraph 12, Claimant lacks sufficient knowledge or information to |

form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Claimant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Claimant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

Claimant pleads the following separate defenses. Claimant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. As a separate and first affirmative defense to the Verified Complaint, and to the purported causes of action set forth therein, Claimant alleges that the Verified Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

**(Estoppel)**

2. As a separate and second affirmative defense to the Verified Complaint and each purported cause of action contained therein, Claimant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Verified Complaint by the doctrine of estoppel.

## THIRD AFFIRMATIVE DEFENS

**(Waiver)**

3. As a separate and third affirmative defense to the Verified Complaint and each purported cause of action contained herein, Claimant alleges that Plaintiff is

barred in whole or in part from prosecuting the purported causes of action set forth in the Verified Complaint by the doctrine of waiver.

///

WHEREFORE, the Claimant prays for relief as follows:

a. That the forfeiture of the defendant vehicle not be enforced;

b. That Claimant be awarded its attorney's fees and costs incurred in defending this action;

c. For such other and further relief as this court may deem just and proper.

Dated: September 17, 2013             Respectfully submitted,

FLIER AND FLIER
A Law Corporation

By: /s/ Andrew Reed Flier
ANDREW REED FLIER
Attorney for Claimant
ERNESTO ZUGASTI-CORIA

Claimant Ernesto Zugasti-Coria's Answer to Verified Complaint For Forfeiture                - 4 -