1 | Andrew Reed Flier, Esq.
State Bar No. 137372
2 | FLIER AND FLIER
15250 Ventura Boulevard, Suite 600
3 | Sherman Oaks, California 91403
Phone: (818) 990-9500
4 | Fax: (818) 990-1303
Email: andrew@flierandflier.com
5
Attorney for Claimant
6 | ERNESTO ZUGASTI-CORIA

7

8 | UNITED STATE DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | SOUTHERN DIVISION

11 | UNITED STATES OF AMERICA,                  )   No.  SACV 13-00907-DOC (JPRx)
                                               )
12 |                          Plaintiff,        )   STIPULATION AND REQUEST TO
                                               )   CONTINUE SCHEDULING
13 |            vs.                             )   CONFERENCE
                                               )
14 | ONE 2006 LAMBORGHINI                       )
MURCIELAGO,                                    )   Current Scheduling Conference
15 |                                            )   Date: January 27, 2014
                                               )
             Defendant(s).                     )
16 | _____       )   Proposed Scheduling Conference
NEXTGEAR CAPITAL, INC. AND                     )   Date: March 3, 2014
17 | ERNESTO ZUGASTI-CORIA,                     )
                                               )   [PROPOSED] ORDER LODGED
18 | _____Claimants._____          )   CURRENTLY HEREWITH

19 |         The parties to this action, by and through their respective counsel of record, hereby

20 | stipulate and request that the Scheduling Conference in this action, now set for January 27, 2014,

21 | be continued to March 3, 2014.  This Stipulation and Request is made on the following grounds:

22 |            1.       Counsel for Ernesto Zugasti-Coria has to be in Wichita, Kansas for sentencing in

23 |                     the matter of USA v. Nagapetian Case No. 13cr10073.  This case is a Federal

24 |                     interstate shipping fraud case.  Counsel is leaving Sunday, January 26th and

25 |                     returning January 28th.

26 | ///

27 | ///

28 | ///

///

1  2.      If the Court continues the Scheduling Conference as requested, the parties will

2  also make use of the intervening time to explore the possibility of settlement.

3  **SO STIPULATED.**

4  DATED: January 22 , 2014          ANDRÉ BIROTTE JR.
                                     United States Attorney
5                                    ROBERT E. DUGDALE
                                     Assistant United States Attorney
6                                    Chief, Criminal Division
                                     STEVEN R. WELK
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
8

9                                    /s/ Frank D. Kortum
                                     FRANK D. KORTUM
10                                   Assistant United States Attorney
                                     Asset Forfeiture Section
11

12 Dated: January ___, 2014          PRENOVOST NORMANDIN BERGH & DAWE

13
                                     See attached page
14                                   PAULA M. HARRELSON, ESQ.
                                     Attorney for Claimant
15                                   NEXTGEAR CAPITAL, INC.

16
   Dated: January 20, 2014           THE LAW OFFICES OF FLIER AND FLIER
17

18

19                                   Attorney for Claimant
                                     ERNESTO ZUGASTI-CORIA
20

21

22

23

24

25

26

27

28

2.     If the Court continues the Scheduling Conference as requested, the parties will also make use of the intervening time to explore the possibility of settlement.

**SO STIPULATED.**

DATED: January ___, 2014        ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Dated: January 22, 2014        PRENOVOST NORMANDIN BERGH & DAWE

_____
PAULA M. HARRELSON, ESQ.
Attorney for Claimant
NEXTGEAR CAPITAL, INC.

Dated: January ___, 2014        THE LAW OFFICES OF FLIER AND FLIER

_____
Attorney for Claimant
ERNESTO ZUGASTI-CORIA