Andrew Reed Flier, Esq.
State Bar No.  137372
FLIER AND FLIER
15250 Ventura Boulevard, Suite 600
Sherman Oaks, California 91403
Phone: (818) 990-9500
Fax: (818) 990-1303
Email: andrew@flierandflier.com

Attorney for Claimant
ERNESTO ZUGASTI-CORIA

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  SACV 13-00907-DOC (JPRx) |
| Plaintiff, | ) | [PROPOSED] ORDER |
| vs. | ) | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | ) | |
| Defendant(s). | ) | |
| NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA, | ) | |
| Claimants. | ) | |

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference in this action, currently set for January 27, 2014, is continued to March 3, 2014 at 8:30 a.m.

DATED: _____

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE