```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California State Bar No. 110984
    1400 United States Courthouse
 7  312 North Spring Street
    Los Angeles, California 90012
 8  Telephone:     (213) 894-5710
    Facsimile:     (213) 894-7177
 9  E-mail:   Frank.Kortum@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACV 13-00907-DOC (JPRx) |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK D. KORTUM** |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | Current Scheduling Conference Date: March 3, 2014, |
| Defendant. | Proposed Scheduling Conference Date: April 7, 2014 |
| | [PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH |
| NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA | |
| Claimants. | |

//

//

//

1  Plaintiff United States of America (the "government") hereby
2  applies ex parte for an order continuing the scheduling conference in
3  this action from March 3, 2014 to April 7, 2014. This application is
4  made on the grounds that:
5       (A)   Within the last week the parties have made substantial
6             progress toward settlement but the government needs
7             additional time to evaluate evidence provided by
8             claimant Nextgear Capital following the settlement
9             conference. Under the circumstances, the interests of
10            justice and efficiency would be best served if the
11            parties focused on attempting to determine whether a
12            settlement can be reached rather than preparing this
13            case to be litigated and tried.
14      (B)   Counsel for claimant Zugasti has a scheduling conflict
15            involving a court appearance on the morning of March
16            3.
17  This application is based on the accompanying Memorandum of
18  Points and Authorities and Declaration of Frank D. Kortum, all
19  pleadings and papers on file in this action, and on such additional
20  evidence and argument as the Court may wish to consider in the event
21  a hearing is held on this application.
22  Pursuant to Local Rule 7-19.1, on February 26, 2014, the
23  undersigned counsel notified Paula Harrelson (counsel for claimaint
24  Nextgear Capital), and Andrew Flier (counsel for claimant Zugasti),
25  that the government intended to file this application. Mr. Flier
26  does not object to the application, and his office has informed the
27  undersigned counsel of a scheduling conflict on March 3. Ms.
28  Harrelson has previously stated that she is not authorized to agree

to an extension and on that basis the government is proceeding on the assumption that her client opposes this application. The contact information for Ms. Harrelson is as follows: 2122 N. Broadway, Suite 200, Santa Ana, California 92706, (714) 547-2444, fax: (714) 835-2889; and email: pharrelson@pnbd.com. The contact information for Mr. Flier is as follows: 15250 Ventura Boulevard, Suite 600, Sherman Oaks, California 91403, (818)990-9500, fax: (818) 990-1303; and email: andrew@flierandflier.com.

Dated: February 27, 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

This action arises out of the seizure of the defendant vehicle by Immigration and Customs Enforcement ("ICE") in 2012. The government filed a civil forfeiture complaint in 2013.

On January 22, 2014, the parties stipulated to continue the scheduling conference in this action to March 3, 2014, representing therein that they would "make use of the intervening time to explore the possibility of settlement." ECF Document No. 16 at p. 2:2. This Court granted the stipulation and continued the scheduling conference to March 3, 2014. ECF Document No. 17.

On February 25, 2014, the parties met by telephone and made substantial progress toward settlement. Declaration of Frank D. Kortum ¶ 2. Following the settlement conference the undersigned counsel requested documentation from Paula Harrelson, counsel for Nextgear Capital, regarding some transactions related to Nextgear's interest in the defendant vehicle. Ms. Harrelson sent some information to the undersigned counsel in response to this request. The U.S. Attorney's Office and Immigration and Customs Enforcement will need to evaluate this information before making a decision as to whether settlement is appropriate, but the evaluation process cannot be completed between now and the date set for the scheduling conference. Id. Accordingly, on February 26, 2014, the undersigned counsel requested that Ms. Harrelson agree, on behalf of her client, to a 30-day continuation of the scheduling conference. Ms. Harrelson responded that she was not authorized to agree to the continuance. Id. The undersigned counsel also learned on February 27 that Mr. Flier, counsel for claimant Zugasti, has a scheduling conflict

involving a court appearance on the morning of March 3. <u>Id.</u> & Exh. "A".

II. THIS COURT SHOULD CONTINUE THE SCHEDULING CONFERENCE TO ALLOW THE PARTIES TIME TO COMPLETE A SETTLEMENT, AND BECAUSE COUNSEL FOR CLAIMANT ZUGASTI HAS A SCHEDULING CONFLICT.

As indicated above, the parties have made substantial progress toward settlement but the government needs additional time to evaluate evidence provided by counsel for Nextgear following the settlement conference, and the evaluation process cannot be completed prior to the date now set for the scheduling conference. Kortum Decl. ¶ 2. The government respectfully suggests that under the circumstances, the interests of justice and efficiency would be best served if the parties focused on attempting to determine whether a settlement can in fact be reached (rather than preparing this case to be litigated and tried). A continuation of the scheduling conference is also appropriate because counsel for Zugasti has a scheduling conflict. Kortum Decl. ¶ 2 & Exh. "A". This Court should therefore continue the scheduling conference to April 7, 2014.

//
//
//
//

III. CONCLUSION

For the foregoing reasons, the government respectfully requests that this Court continue the scheduling conference to April 7, 2014.

Dated: February 27 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Frank Kortum
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA