## DECLARATION OF FRANK D. KORTUM

I, Frank D. Kortum, declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California. In my capacity as an Assistant United States Attorney, I am one of the attorneys responsible for the representation of the government's interest in this action entitled <u>United States v. One 2006 Lamborghini Murcielago</u>, Case No. SACV 13-00907-DOC (JPRx). I have personal knowledge of the facts set forth in this declaration and if necessary could competently testify thereto under oath.

2. On February 25, 2014, the parties to this action met by telephone and made substantial progress toward settlement. Following the settlement conference I requested documentation from Paula Harrelson, counsel for Nextgear Capital, regarding some transactions related to Nextgear's interest in the defendant vehicle. Ms. Harrelson sent some information to me in response to this request. The U.S. Attorney's Office and Immigration and Customs Enforcement will need to evaluate this information before making a decision as to whether settlement is appropriate, but the evaluation process cannot be completed between now and the date set for the scheduling conference. Accordingly, on February 26, 2014, I requested that Ms. Harrelson agree, on behalf of her client, to a 30-day continuation of the scheduling conference. Ms. Harrelson responded that she was not authorized to agree to the continuance. As reflected in the e-mail message attached hereto as Exhibit "A",

I also learned today that Mr. Flier, counsel for claimant Zugasti, has a scheduling conflict involving a court appearance on the morning of March 3.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on February 27, 2014 in Los Angeles, California.

_____
FRANK D. KORTUM