**Kortum, Frank (USACAC)**

| | |
|---|---|
| **From:** | Stacy <Stacy@flierandflier.com> |
| **Sent:** | Thursday, February 27, 2014 9:31 AM |
| **To:** | Kortum, Frank (USACAC) |
| **Subject:** | Lamborghini |

Frank,

Andrew has a scheduling conflict on Monday.  He is scheduled to be in a preliminary hearing @ 8:30 am in the Van Nuys Superior Court.  The case is People v. Ortega, Case No. LA074166.   Just to let you know we are moving offices today.  My phones are going down today @ 5pm.  You can reach me on my cell phone @

Thank you,
Stacy

EXHIBIT  A