```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California State Bar No. 110984
    1400 United States Courthouse
 7  312 North Spring Street
    Los Angeles, California 90012
 8  Telephone:     (213) 894-5710
    Facsimile:     (213) 894-7177
 9  E-mail:   Frank.Kortum@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACV 13-00907-DOC (JPRx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. | |
| NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA | |
| Claimants. | |

//
//
//
//

1   Good cause appearing, IT IS HEREBY ORDERED that the scheduling
2   conference currently set for March 3, 21014 shall be continued to
3   April 7, 2014 at 8:30 a.m.
4
5   DATED: _____        _____
                                          UNITED STATES DISTRICT JUDGE
6
7   Presented by:
8   ANDRÉ BIROTTE JR.
    United States Attorney
9   ROBERT E. DUGDALE
    Assistant United States Attorney
10  Chief, Criminal Division
    STEVEN R. WELK
11  Assistant United States Attorney
    Chief, Asset Forfeiture Section
12

13  _____
14  FRANK D. KORTUM
    Assistant United States Attorney
15
16  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
17
18
19
20
21
22
23
24
25
26
27
28

                                    2