**DENIED**
BY ORDER OF THE COURT
on 2/27/14 by David O. Carter

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California State Bar No. 110984
   1400 United States Courthouse
7  312 North Spring Street
   Los Angeles, California 90012
8  Telephone:    (213) 894-5710
   Facsimile:    (213) 894-7177
9  E-mail:   Frank.Kortum@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                    UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                          SOUTHERN DIVISION
14

| UNITED STATES OF AMERICA, | No. SACV 13-00907-DOC (JPRx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. | |
| NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA | |
| Claimants. | |

24 //
25 //
26 //
27 //
28

```
 1      Good cause appearing, IT IS HEREBY ORDERED that the scheduling
 2  conference currently set for March 3, 21014 shall be continued to
 3  April 7, 2014 at 8:30 a.m.
 4
 5  DATED: _____
 6
 7  Presented by:
 8  ANDRÉ BIROTTE JR.
    United States Attorney
 9  ROBERT E. DUGDALE
    Assistant United States Attorney
10  Chief, Criminal Division
    STEVEN R. WELK
11  Assistant United States Attorney
    Chief, Asset Forfeiture Section
12
13       /s/ Frank Kortum
           _____
14  FRANK D. KORTUM
    Assistant United States Attorney
15
16  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

**DENIED**
BY ORDER OF THE COURT
_____
UNITED STATES DISTRICT JUDGE