**PRENOVOST, NORMANDIN, BERGH & DAWE**
A Professional Corporation
**TOM R. NORMANDIN, SBN 102265**
tnormandin@pnbd.com
**PAULA M. HARRELSON, SBN 167438**
pharrelson@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.:** (714) 547-2444
**Fax No.:** (714) 835-2889

Attorneys for NextGear Capital, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant.<br><br>NEXTGEAR CAPITAL, INC. AND ERNESTO ZUGASTI-CORIA,<br><br>CLAIMANTS. | Case No. SACV13-907-DOC(JPR)<br><br>**JOINT RULE 26(f) REPORT**<br><br>The Hon. David O. Carter<br><br>**SCHEDULING CONFERENCE:**<br>DATE: March 3, 2014<br>TIME: 8:30 A.M.<br>DEPT.: 9-D |

**1.    SHORT FACTUAL SUMMARY OF THE CASE AND OF CLAIMS AND DEFENSES**

U.S. Immigration and Customs Enforcement ("Government") seized a 2006 Lamborghini ("Vehicle") from Raul Ernesto Zugasti-Coria ("Zugasti"), a principal of NCA International services Inc., doing business as Remate Del Monte ("Remate") an automobile dealer. NextGear Capital, Inc. ("NextGear") contends that it holds a perfected security interest in the Vehicle and is an innocent owner as a matter of law which bars forfeiture of the Vehicle and entitles NextGear to its return.

**2. PRINCIPAL ISSUES IN THE CASE**

a. Whether the Government lawfully seized the Vehicle.

b. Whether NextGear is an innocent owner whose interest should not be forfeited.

c. Whether NextGear holds a perfected security interest in the Vehicle that is superior to the Government's or Zugasti's alleged interest.

d. Whether Zugasti's Claim Opposing Forfeiture has merit.

**3. ADDITIONAL PARTIES OR AMENDED PLEADINGS**

NextGear does not seek to add parties or amend the pleadings at this time.

**4. ISSUES TO BE DETERMINED BY MOTION**

NextGear expects to file a motion for summary judgment.

**5. SETTLEMENT DISCUSSIONS**

The parties are engaged in ongoing settlement discussions.

**6. DISCOVERY**

NextGear will need to propound one set of written request for documents and interrogatories and take at least three depositions (Mariscal, Zugasti and Agent Wanda Chavez). NextGear will also seek to inspect the vehicle.

**7. TRIAL**

NextGear does not seek a jury trial and expects the trial to take three days.

**8. OTHER ISSUES**

None.

**9. PROPOSED SPECIFIC DATES**

The Government and NextGear propose the following dates:

(a) Discovery cut-off date: December 30, 2014.

(b) Motion cut-off date: February 16, 2015.

(c) Final Pretrial Conference: March 16, 2015.

(d) Trial: March 30, 2015.

///

1 | Zugasti proposes the following dates:

2 |     (a) Discovery cutoff:

3 |     (b) Motion cutoff:

4 |     (c) Pretrial Conference:

5 |     (d) Trial:

DATED: February 28, 2014

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By:    s/ Paula M. Harrelson
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for NEXTGEAR CAPITAL, INC.

DATED: February 28, 2014

André Birotte, Jr.
United States Attorney
Robert E. Dugdale
Assistant United States Attorney
Chief, Criminal Division
Steven R. Welk
Assistant United States Attorney
Chief, Asset Forfeiture Section


By:    s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
Attorneys for UNITED STATES OF AMERICA

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel. (714) 547-2444 • Fax (714) 855-2889

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On February 28, 2014, I served true copies of the following document(s) described as **JOINT RULE 26(F) REPORT** on the interested parties in this action as follows:

| | |
|---|---|
| André Birotte, Jr.<br>United States Attorney<br>Robert E. Dugdale<br>Assistant United States Attorney<br>Chief, Criminal Division<br>Steven R. Welk<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br>Frank D. Kortum<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2014, at Santa Ana, California.

s/Farida Baig
Farida Baig