UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   SACV 13-0907-DOC(JPRx)                                   Date   March 3, 2014

Title   UNITED STATES OF AMERICA -V- ONE 2006 LAMBORGHINI MURIELAGO

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | C/S 3-3-14 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Frank Kortum                                     Tom Normandin
                                                 Paula Harrelson
                                                 Andrew Flier

Proceedings:   SCHEDULING CONFERENCE

The matter is called.  Counsel state their appearances.  The Court conducts the Scheduling Conference.

The Court sets the following case management dates:

| | | |
|---|---|---|
| Discovery Cut Off | - | 12-30-2014 |
| Motion Cut Off | - | 02-09-2015 at 8:30 a.m. |
| Final Pre Trial Conference | - | 03-16-2015 at 8:30 a.m. |
| Court Trial (Jury Trial Waived) | - | 03-30-2015 at 8:30 a.m. |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule16-15.4 is the Magistrate Judge assigned to the case.  Counsel are directed to contact the Magistrate Judge Deputy Courtroom Clerk to obtain a settlement conference date.

Pretrial Scheduling Order signed and filed this date.  Any unserved Does/Roes are dismissed at this time.

                                                                        :   06
                                            Initials of Clerk   jcb