Case 8:13-cv-00907-DOC-JPR   Document 24   Filed 05/22/14   Page 1 of 1   Page ID #:138

ANDRE BIROTTE JR., United States Attorney
FRANK D. KORTUM, Assistant United States Attorney
United States Attorney Office, California Bar No.: 110984
U.S. Courthouse, 312 N. Spring Street, 14th Flr., Los Angeles,
CA 90012   Telephone: (213) 894-5710   Fax: (213) 894-7177

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>Plaintiff(s)<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV 13-00907-DOC (JPRx)<br><br>STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Robert Logan_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: 5/22/14

_Frank Kortum_
Attorney For Plaintiff   United States of America

Dated:

_____
Attorney For Plaintiff

Dated: 5/22/14

_Andrew Flier_ (FDK *)
Attorney For ~~Defendant~~ Claimant   Ernesto Zugasti-Coria

Dated: 5/22/14

_Tom Normandin_ (FDK *)
Attorney For ~~Defendant~~ Claimant   Nextgear Capital, Inc.

Attorney for Plaintiff to electronically file original document.

* authorized signature

ADR-02 (01/12)   STIPULATION REGARDING SELECTION OF PANEL MEDIATOR   Page 1 of 1