UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   SA CV 13-0907-DOC (JPRx) | Date   January 26, 2015 |
| Title   UNITED STATES OF AMERICA V ONE 2006 LAMBORGHINI MURCIELAGO | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Deborah Goltz | CourtSmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frank Kortum | Paula Harrelson |
| | Tom Normandin |
| | Andrew Flier |

Proceedings:   STATUS CONFERENCE

The Court sets the following scheduling order dates:

Discovery Cut-Off:        March 30, 2015

Motion Cut-Off:           May 4, 2015 @ 8:30 a.m.

Final Pretrial Conference:   May 19, 2015 @ 8:30 a.m.

Court Trial:              May 26, 2015 @ 8:30 a.m.

The parties to enter into mediation with Mr. Robert Logan.

                                                                  :   17
                                      Initials of Clerk    djg