Andrew Reed Flier, Esq.
State Bar No. 137372
FLIER AND FLIER
16133 Ventura Boulevard, Suite 1160
Encino, California 91436
Phone: (818) 990-9500
Fax: (818) 990-1303
Email: andrew@flierandflier.com

Attorney for Claimant
ERNESTO ZUGASTI-CORIA

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  SA CV13-907-DOC(JPRx) |
| Plaintiff, | ) ) | NOTICE OF MOTION AND MOTION TO WITHDRAW MR. ZUGASTI'S |
| vs. | ) ) | INTEREST IN THE DEFENDANT ASSET |
| ONE 2006 LAMBORGHINI MURCIELAGO, | ) ) | The Honorable David O. Carter |
| Defendant(s). | ) ) ) | |
| ERNESTO ZUGASTI-CORIA, | ) ) | |
| Claimant | ) ) ) | |

Claimant, ERNESTO ZUGASTI-CORIA ("Zugasti") by and through his counsel of

record, Andrew Reed Flier, hereby files this motion withdrawing his interest in the defendant

asset.

This motion is based upon the attached memorandum of points and authorities, the record

in this case, and any other evidence that the Court may wish to consider.

Dated: April 15, 2015                     Respectfully submitted,

                                          FLIER AND FLIER
                                          A Law Corporation


                                          By: /s/ Andrew Reed Flier
                                              ANDREW REED FLIER
                                              Attorney for Defendant
                                              ERNESTO ZUGASTI-CORIA

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3          Claimant Zugasti previously filed a verified claim for the defendant asset.  Claimant

4    Zugasti no longer wishes to purse the claim and seeks to withdraw said claim and consent to the

5    forfeiture of his interest in the defendant asset pursuant to Rule 41 of the Federal Rules of Civil

6    Procedure.

7          Claimant Zugasti releases and holds harmless the United States of America, its agencies,

8    agents, and officers, including employees and agents of Immigration and Customs Enforcement

9    ("ICE"), Customs and Border Protection ("CBP"), and state and local government and law

10   enforcement, from any and all claims, actions or liabilities arising out of or related to the seizure

11   and retention of the defendant asset and/or this civil forfeiture action, including, without

12   limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Mr.

13   Zugasti against the United States, whether pursuant to 28 U.S.C. § 2465.

14

15   Dated: April 15, 2015                        Respectfully submitted,

16                                                FLIER AND FLIER
                                                  A Law Corporation
17

18                                                By: /s/ Andrew Reed Flier
                                                  ANDREW REED FLIER
19                                                Attorney for Defendant
                                                  ERNESTO ZUGASTI-CORIA
20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 16, 2015**, I served a copy of:
**NOTICE OF MOTION AND MOTION TO WITHDRAW MR. ZUGASTI'S INTEREST IN THE DEFENDANT ASSET** by placing in the document in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

**Frank D. Kortum**
**Assistant United States Attorney**
**United States Courthouse**
**312 North Spring Street, 14th Floor**
**Los Angeles, California 90012**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 15, 2015**, at Encino, California.

Stacy A. Winberg
Declarant

_Stacy A. Winberg_
Signature

- 3 -