# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SA CV 13-0907-DOC (JPRx)                                         Date:  April 20, 2015

Title:  UNITED STATES OF AMERICA V ONE 2006 LAMBORGHINI MURCIELAGO, ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

Frank Kortum                                                                        Paula Harrelson
                                                                                              Andrew Flier

**PROCEEDINGS:**     **STATUS CONFERENCE**

The court and counsel confer.

The Court Trial set for May 26, 2015 @ 8:30 is ADVANCED to May 4, 2015 @ 1:30 p.m.

                                                                   Initials of Clerk       djg                  :  07