## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF(S) | SA CV 13-0907-DOC (JPRx) |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, ET AL, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 4/16/15 | 29 | Withdrawal of Claim |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by 4/22/15 .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: April 21, 2015          By: Deborah Goltz
                                   Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge