1  Andrew Reed Flier, Esq.
   State Bar No.  137372
2  FLIER AND FLIER
   16133 Ventura Boulevard, Suite 1160
3  Encino, California 91436
   Phone: (818) 990-9500
4  Fax: (818) 990-1303
   Email: andrew@flierandflier.com
5
   Attorney for Claimant
6  ERNESTO ZUGASTI-CORIA

7

8              UNITED STATE DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )    No.  SA CV13-907-DOC(JPRx)
                                     )
12             Plaintiff,            )    AMENDED NOTICE OF MOTION AND
                                     )    MOTION TO WITHDRAW MR.
13     vs.                           )    ZUGASTI'S INTEREST IN THE
                                     )    DEFENDANT ASSET
14  ONE 2006 LAMBORGHINI             )
    MURCIELAGO,                      )    The Honorable David O. Carter
15                                   )
               Defendant(s).         )
16  _____)
    ERNESTO ZUGASTI-CORIA,           )
17                                   )
               Claimant             )
18  _____)

19        Claimant, ERNESTO ZUGASTI-CORIA ("Zugasti") by and through his counsel of

20  record, Andrew Reed Flier, hereby files this motion withdrawing his interest in the defendant

21  asset.

22        This motion is based upon the attached memorandum of points and authorities, the record

23  in this case, and any other evidence that the Court may wish to consider.

24  Dated: April 21, 2015              Respectfully submitted,

25                                     FLIER AND FLIER
                                       A Law Corporation
26

27                                     By: /s/ Andrew Reed Flier
                                          ANDREW REED FLIER
28                                        Attorney for Defendant
                                          ERNESTO ZUGASTI-CORIA

1

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2

3          Claimant Zugasti previously filed a verified claim for the defendant asset.  Claimant

4  Zugasti no longer wishes to purse the claim and seeks to withdraw said claim and consent to the

5  forfeiture of his interest in the defendant asset pursuant to <u>Rule 41</u> of the <u>Federal Rules of Civil</u>

6  <u>Procedure</u>.

7          Claimant Zugasti releases and holds harmless the United States of America, its agencies,

8  agents, and officers, including employees and agents of Immigration and Customs Enforcement

9  ("ICE"), Customs and Border Protection ("CBP"), and state and local government and law

10  enforcement, from any and all claims, actions or liabilities arising out of or related to the seizure

11  and retention of the defendant asset and/or this civil forfeiture action, including, without

12  limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Mr.

13  Zugasti against the United States, whether pursuant to <u>28 U.S.C. § 2465</u>.

14

15  Dated: April 21, 2015                     Respectfully submitted,

16                                            FLIER AND FLIER
                                              A Law Corporation
17

18                                            By:   /s/ Andrew Reed Flier
                                                    ANDREW REED FLIER
19                                                  Attorney for Defendant
                                                    ERNESTO ZUGASTI-CORIA
20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

    I hereby certify that on **April 22, 2015**, I served a copy of:
**NOTICE OF MOTION AND MOTION TO WITHDRAW MR. ZUGASTI'S INTEREST
IN THE DEFENDANT ASSET** by placing in the document in a sealed envelope for collection

4

and mailing via United States Mail, addressed as follows:

5

**Frank D. Kortum**
**Assistant United States Attorney**

6

**United States Courthouse**
**312 North Spring Street, 14th Floor**

7

**Los Angeles, California 90012**

8

**Paula M. Harrelson, Esq.**
**Prenovost, Normandin, Bergh & Dawe, APC**

9

**2122 North Broadway, Suite 200**
**Santa Ana, CA 92706-2614**

10

11

I declare under penalty of perjury under the laws of the State of California the foregoing is true
and correct and that this declaration was executed on **April 22, 2015**, at Encino, California.

12

13

  Stacy A. Winberg                                 /s/ Stacy A. Winberg
        Declarant                                        Signature

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28