Andrew Reed Flier, Esq.
State Bar No. 137372
FLIER AND FLIER
16133 Ventura Boulevard, Suite 1160
Encino, California 91436
Phone: (818) 990-9500
Fax: (818) 990-1303
Email: andrew@flierandflier.com

Attorney for Claimant
ERNESTO ZUGASTI-CORIA

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No.  SACV 13-00907-DOC (JPRx) |
| Plaintiff,  ) | [PROPOSED] ORDER |
| vs.  ) | |
| ONE 2006 LAMBORGHINI MURCIELAGO,  ) | |
| Defendant(s).  ) | |
| ERNESTO ZUGASTI-CORIA,  ) | |
| Claimant  ) | |

    Based upon the Second Amended Notice of Motion And Motion to Withdraw Mr. Zugasti's Interest In the Defendant Asset, One 2006 Lamborghini Murcielago, and good cause appearing, IT IS HEREBY ORDERED that Mr. Zugasti's motion is granted and his claim in the defendant asset is withdrawn and/or terminated.

DATED: _____

                                                THE HONORABLE DAVID O. CARTER
                                                UNITED STATES DISTRICT JUDGE