**PRENOVOST, NORMANDIN, BERGH & DAWE**
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.: (714) 547-2444
Fax No.:    (714) 835-2889

Attorneys for NextGear Capital, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>　　　　Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**EX PARTE APPLICATION TO CONTINUE TRIAL DATE**<br><br>[Declarations of Tom R. Normandin and Paula M. Harrelson and Proposed Order Filed Concurrently Herewith]<br><br>Date:　May 4, 2015<br>Time:　9:00 a.m.<br>Dept:　9D<br><br>The Hon. David O. Carter |

　　　　The undersigned party hereby applies *ex parte* for a brief continuance of the trial date. Counsel for NextGear Capital, Inc. ("NextGear") has advised Plaintiff United States America ("Plaintiff") that such *ex parte* relief will be sought. The Plaintiff has stated that it is prepared to go forward with its case as scheduled but it will not oppose this *ex parte* application. The parties have previously sought one other continuance. However, on May 20, 2015, the court recently advanced the trial date, *sua sponte,* to May 4 from the previous May 26, 2015 trial date and the new date presents NextGear with enormous obstacles to establishing its claim.

　　　　NextGear requests that the court continue the current trial date of May 4, 2015, to May 26, 2015, or as soon thereafter as the court's calendar may allow. This request is

made due to the recent advancement of the trial date to May 4, 2015, which date conflicts with NextGear's lead counsel Tom Normandin's pre-paid vacation plans and NextGear's lead witness Troy Roger's pre-paid training school plans in which both individuals will be outside the State of California, Mr. Normandin in the Netherlands (Holland), and Mr. Rogers in Indiana. The Declaration of Tom Normandin filed concurrently herewith details the reasons for Mr. Normandin's and Mr. Rogers' unavailability. Mr. Normandin and Mr. Rogers were both available for the previous May 26 trial date.

Messrs. Normandin and Rogers have been and continue to be essential team members for NextGear. Mr. Rogers is NextGear's lead material witness. NextGear will necessarily need to make material adjustments in its personnel and pre-trial preparation in order to account for its inability to place the reliance it would have otherwise have placed upon the participation of Messrs. Normandin and Rogers, but for the recent advancement of the trial date.

In addition, on April 27, 2015, Counsel for NextGear was informed by Assistant US Attorney Frank Kortum that he would be unavailable for trial. He requested that our office send notice to the courtroom deputy that a stipulation to continue the trial would be forthcoming. See Harrelson Declaration ¶2-4, Ex. C. NextGear agreed for Mr. Kortum's sake and for the reasons identified above. NextGear was more recently advised that Plaintiff had rejected the settlement proposal crafted by Mr. Kortum and NextGear and that there would be no stipulation to continue the trial.

"A district court has 'broad discretion' to grant or deny a continuance. [citation omitted.]. U.S. v. Kloehn (9th Cir. 2010) 620 F.3d 1122, 1126. In this case, there is good cause, in fact, compelling reasons to grant a brief continuance.

///
///
///
///

1 ///

2 ///

3 ///

4     Requiring NextGear to go forward on May 4 would grossly prejudice NextGear's ability to prove its claim. Therefore, NextGear respectfully requests that the court vacate the currently scheduled May 4, 2015, trial date and reschedule that trial date to May 26, 2015, or the first available open trial date on the Court's calendar.

DATED: April 29, 2015    PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By: _____
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for NextGear Capital, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April __, 2015, I served true copies of the following document(s) described as **STIPULATION AND JOINT MOTION TO CONTINUE TRIAL DATE** on the interested parties in this action as follows:

| | |
|---|---|
| Frank D. Kortum<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April __, 2015, at Santa Ana, California.

_____
Farida Baig

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel (714) 547-2444 • Fax (714) 835-2889

| 8443.0037 / 1135336.1 | 5 | SACV13-907-DOC(JPR) |

EX PARTE APPLICATION TO CONTINUE TRIAL DATE

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April 29, 2015, I served true copies of the following document(s) described as **EX PARTE APPLICATION TO CONTINUE TRIAL DATE** on the interested parties in this action as follows:

| | |
|---|---|
| Frank D. Kortum<br>John Kucera<br>Christen A. Spoule<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov<br>E-mail: Christen.A.Sproule@usdoj.gov<br>E-mail: John.Kucera@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2015, at Santa Ana, California.



Farida Baig