PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.: (714) 547-2444
Fax No.:   (714) 835-2889

Attorneys for NextGear Capital, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SACV13-907-DOC(JPR) |
|---|---|
| Plaintiff, | DECLARATION OF TOM R. NORMANDIN IN SUPPORT OF CLAIMANT NEXTGEAR CAPITAL, INC.'S EX PARTE APPLICATION TO CONTINUE TRIAL DATE |
| v. | |
| ONE  2006  LAMBORGHINI MURCIELAGO, | |
| Defendant. | |
| | Date:  May 4, 2015<br>Time:  9:00 a.m.<br>Dept:  9D |
| | The Hon. David O. Carter |

I Tom R. Normandin, declare as follows:

1.   I am a principal of Prenovost, Normandin, Bergh & Dawe, APC, attorneys of record for Claimant NextGear Capital, Inc. ("NextGear"). I have personal knowledge of the facts set forth herein, unless stated on information and belief.

2.   I am the lead trial attorney for NextGear in this case. My associate on this case is Ms. Paula Harrelson.

3.   Trial in this matter was scheduled for May 26, 2015. As lead counsel for NextGear, I and lead witness for NextGear, Troy Rogers, each made arrangements to be present for trial on May 26, 2015.

4. On April 24, 2015, I was informed that the Court, *sua sponte*, had advanced the trial date to May 4, 2015.

5. The current trial date of May 4, 2015, conflicts with my pre-paid vacation plans in which I will be visiting my son who is attending school at Maastricht University, in the Netherlands (Holland). (A true and correct copy of my itinerary is attached hereto as Exhibit "A".)

6. In addition, NextGear's chief witness, Troy Rogers will be in Indiana on a business trip and will be unable to attend trial on May 4, 2015. (A true and correct copy of Mr. Rogers' itinerary is attached hereto as Exhibit "B".)

7. An Order was entered on April 24, 2015, permitting/allowing claimant Ernesto Zugasti to withdrew his claim to any interest in the Lamborghini, leaving only the United States of America and NextGear as the parties to this forfeiture action.

8. As a result of settlement discussions occurring over the past month, NextGear believed that it had reached a settlement with the Plaintiff and that we were waiting on formal approval. Today, April 29, 2015, we were informed that our settlement had been rejected.

9. For these reasons and to avoid undue prejudice to NextGear's claim, NextGear seeks a brief continuance of the trial date so as to accommodate NextGear's counsel's and chief witness's travel and business plans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 29, 2015, at Santa Ana, California.

*Tom R Normandin*

TOM R. NORMANDIN

# EXHIBIT A

# EUROBOUND — *Your Passport to Europe*

## PARIS & THE NETHERLANDS
### April 29-May 8, 2015
### Thomas & Mary NORMANDIN

| | |
|---|---|
| **April 29**<br>Los Angeles | Depart Los Angeles LAX on Air France #65 at 3:30 PM- **Business Class**<br>*Seats: 71A, 71B* |
| **April 30**<br>Paris | Arrive Paris CDG Airport: 11:20 AM |
| | Private transfer from Paris CDG Airport to Victoria Palace<br>*see last page for luggage restrictions*<br><br>If you are not arriving on the flight listed on this itinerary, you MUST contact the local supplier to advise them of new flight number and times. Failure to do so will result in a "no-show" charge.<br><br>**Pick-up time:** 11:20 AM<br>**Pick-up location:** In the Arrivals Hall, outside customs – The driver will be holding a signboard with your name.<br><br>*Service Provider: Paris My Way*<br>*Confirmation number: 200735*<br>*Contact (normal bus. hours) – France: +33 (0) 1 39 69 18 15*<br>*Emergency contact - France: +33 (0) 6 21 09 39 00*<br>*From a US phone, dial 011 first*<br>**Voucher is not required** |
| **April 30-May 4**<br>Paris | 4 nights' accommodation at the Hotel Victoria Palace<br>1 Classic Double room with breakfast and VAT<br>**Address:** 6 Rue Blaise-Desgoffe, 75006 Paris, France<br>**Phone:** +33 1 45 49 70 00<br><br>*Service Provider: Hotel Victoria Palace*<br>*Confirmation number: 201506800007*<br>**Voucher is not required** |

EUROBOUND — *Your Passport to Europa*

Date: 03-30-15
ITN

EUROBOUND — *Your Passport to Europe*

| | |
|---|---|
| May 2 | Small group half-day tour to Versailles.<br>Duration: approx. 3.5 hours<br>**Includes:** Transportation by minivan, English-speaking licensed driver-guide, entrance fees.<br><br>**Pick-up time:** 8:35 AM<br>**Pick-up place:** Victoria Palace Lobby<br><br>*Service Provider: Paris My Way*<br>*Confirmation number: 200735*<br>*Contact (normal bus. hours) – France: +33 (0) 1 39 69 18 15*<br>*Emergency contact - France: +33 (0) 6 21 09 39 00*<br>*From a US phone, dial 011 first*<br>**Voucher is not required** |
| May 2 | Private tour: "Introduction to the Treasures of the Louvre"<br>Duration: approx. 2.5 hours<br>**Includes:** Private English-speaking guide, entrance fees to the Louvre. Transportation NOT included.<br><br>**Meeting time:** 2:30 PM<br>**Meeting place:** Arc du Carrousel. Please refer to meeting plan enclosed for complete details.<br><br>*Service Provider: Paris Muse*<br>*Confirmation number: Normandin*<br>*Local contact (normal bus. hours) - France: +33 (0) 6 73 77 33 52*<br>*From a US phone, dial 011 first*<br>**Voucher is not required** |

**EUROBOUND**  *Your Passport to Europe*

| | |
|---|---|
| May 3 | Dinner cruise on the Seine<br>Duration: Approx. 4 hrs.<br>Includes: Transportation by minivan, dinner cruise with wine. Menu Service Privilège, private table by a window is guaranteed. Jacket and tie are compulsory.<br><br>Pick-up time: 7:40 PM<br>Pick-up place: Victoria Palace Lobby<br><br>Service Provider: Paris My Way<br>Confirmation number: 200735<br>Contact (normal bus. hours) – France: +33 (0) 1 39 69 18 15<br>Emergency contact - France: +33 (0) 6 21 09 39 00<br>From a US phone, dial 011 first<br>Voucher is not required |
| May 4<br><br>Paris<br>Liege | 1st class train from Paris to Maastricht (via Liege) – Approx. 2.5 hours<br>Train TGH #9413, 1st Class, Coach 23 non-smoking, Seats 22 (Aisle), 23 (Win)<br><br>Departure time: 7:58 AM<br>Arrival time: 10:11 AM<br><br>Please note: The train tickets from Liege to Maastricht must be purchased locally as the service from Liege to Maastricht is operated only by a regional carrier. |
| May 4-6<br>Maastricht | 2 nights' accommodation at the NH Maastricht<br>1 Double room with breakfast and VAT<br>Address: Forum, 110, 6229GV Maastricht, Germany<br>Phone: +31 43 383 8281<br><br>Service Provider: TRAVCO<br>Confirmation Number: EB06539/01<br>Contact number (normal bus. hours) – UK: +44 (0) 20 77 39 33 33<br>Emergency contact number - UK: +44 207 864 6041<br>From a US phone, dial 011 first<br>Voucher is enclosed-please present for service |

**EUROBOUND** — *Your Passport to Europe*

| | |
|---|---|
| May 6<br>Maastricht | 1st class train from Maastricht to Amsterdam – Approx. 2 hours 24 min<br>*Train TIC #844, 1st Class, Open ticket -- Seat reservation not mandatory on this train*<br><br>Departure time: 11:58 AM<br>Arrival time: 2:22 PM |
| May 6-8<br>Amsterdam | 2 nights' accommodation at the Hotel Roemer<br>1 Double room with breakfast and VAT<br>**Address:** Roemer Visscherstraat 10, 1054 EX Amsterdam, Netherlands<br>**Phone:** +31 20 515 0453<br><br>*Service Provider: TRAVCO*<br>*Confirmation Number: EB06540/01*<br>*Contact number (normal bus. hours) – UK: +44 (0) 20 77 39 33 33*<br>*Emergency contact number - UK: +44 207 864 6041*<br>*From a US phone, dial 011 first*<br>**Voucher is enclosed-please present for service** |
| May 8 | Private transfer from Hotel Roemer to Amsterdam AMS Airport<br><br>**Pick-up time:** 6:30 AM<br>**Pick-up place:** Hotel Roemer Lobby<br><br>*Service Provider: Airport Collections*<br>*Confirmation Number: 1977639*<br>*Emergency contact number - Ireland: +353 85 773 3939*<br>*From a US phone, dial 011 first*<br>**Voucher is enclosed-please present for service** |
| Amsterdam<br><br>Los Angeles | Depart Amsterdam AMS on KLM Flight #601 at 9:50 AM-**Business Class**<br>*Seats: 3J, 3K*<br><br>Arrive Los Angeles LAX at 11:45 AM |

***END OF SERVICES***

**EUROBOUND** — *Your Passport to Europe*

Date: 03-30-15
ITN

Page | 4

Case 8:13-cv-00907-DOC-JPR   Document 38-1   Filed 04/29/15   Page 8 of 13   Page ID #:170



EUROBOUND — *Your Passport to Europe*

**ADDITIONAL TAX INFORMATION:** Various city councils in Europe have introduced a new accommodation/city tax in an effort to generate additional revenue for the improvement of services and infrastructure offered to the tourist. New cities are constantly adopting these measures and the amount of the tax varies from country to country and city to city.

The amount of the tax is based on the cost and number of stars of the hotel (from 3 Euros per person per day for a 3* hotel to possibly 10 Euros per person per day for a 5* property.)

Although our packages include the European VAT (Value Added Tax), this accommodation tax is to be paid by the GUEST directly to the hotel before the end of the stay and cannot be prepaid. It is then remitted directly to the city council by the hotels.

**TRANSFER INSTRUCTIONS & LUGGAGE RESTRICTIONS:**

- ✓ If you are having difficulty locating the driver, then please **call the number(s) noted on the itinerary** for the local Supplier.

- ✓ **Leaving your pick-up location without notifying the Local Supplier will result in a "No-Show" charge.**

- ✓ **Transfer vehicles** can accommodate 1 suitcase and 1 small carry-on bag per person.

- ✓ Any **excess luggage** is subject to space availability. Additional costs may result and will be the sole responsibility of the traveler.

- ✓ International arrival transfers include a 45 minute grace period in case of short delays.

- ✓ Intra-European arrivals and train transfers include a 30 minute grace period.

- ✓ Any additional time will be charged at the standard hourly rate, and will be the sole responsibility of the traveler.

**GRATUITIES:** While gratuities are not mandatory in Europe, we do recommend them if clients have been happy with the services, drivers and tour guides as goodwill token of appreciation.

EUROBOUND   *Your Passport to Europe*

Date: 03-30-15
ITN

# EXHIBIT B

# Tom R. Normandin

| | |
|---|---|
| **From:** | Concur Travel [TravelWizard@concursolutions.com] |
| **Sent:** | Wednesday, April 22, 2015 12:48 PM |
| **To:** | trogers@discoverdsc.com; claudia.rogers@nextgearcapital.com |
| **Subject:** | Cliqbook Itinerary: 05/04/2015 TRIP FROM LOS ANGELES TO INDIANAPOLIS (NJXGAP) |
| **Attachments:** | 1638e5cf-91ba-403c-aeb3-211240d5babd.gif; LAX-IND.ics; IND-LAX.ics; SpringHill Suites by Marriott Carmel.vcf |

## Trip Overview

**Trip Name:** Trip from Los Angeles to Indianapolis
**Start Date:** May 4, 2015
**End Date:** May 6, 2015
**Created:** Apr 22, 2015, Troy Rogers *(Modified: Apr 22, 2015)*
**Description:** (No Description Available)
**Purpose of Trip:** Cox Automotive Presentation Advantage
**Agency Record Locator:** NJXGAP
**Passengers:** Troy.Russell Rogers
**Total Estimated Cost:** $690.20 USD

Airfare must be ticketed by an agent by: 04/22/2015 6:00 PM Eastern

Travel Leaders Indianapolis (Dealer Services Corporation)
317-899-4477
888-844-6304

## Reservations
### Monday, May 4, 2015



### Flight Los Angeles, CA (LAX) to Chicago, IL (ORD)

**United 1582**

**Departure: 06:00 AM**
Seat:36A
Los Angeles Intl (LAX)
Terminal:7
Duration: 4 hours, 11 minutes
Nonstop

**Confirmation:**
Status: Confirmed

**Arrival: 12:11 PM**
O'Hare Intl Arpt (ORD)
Terminal:1

**Additional Details**
Aircraft: Boeing 737-900
E-Ticket
Cabin: Economy (S)

Distance: 1740 miles

Meal: Food for purchase

*ir, 39 min layover at O'Hare Intl Arpt (ORD)*

### Flight Chicago, IL (ORD) to Indianapolis, IN (IND)

**United 305**

1

**Departure: 01:50 PM**
Seat:26F
O'Hare Intl Arpt (ORD)
Terminal:1
Duration: 1 hour, 6 minutes
Nonstop

**Arrival: 03:56 PM**
Indianapolis Intl Arpt (IND)

**Additional Details**

Aircraft: Airbus A319
E-Ticket
Cabin: Economy (S)

**Confirmation:**
Status: Confirmed

Distance: 177 miles

Meal: Refreshment



### SpringHill Suites by Marriott Carmel

11855 N Meridian St
Carmel, Indiana, 46032
US
317-846-1800

**Checking In: Mon May 4**
*15:00*
Room 1, Days 2, Guests 1

**Confirmation:**
Status:Confirmed
Rate Code:NXGE00

**Checking Out: Wed May 6**
*11:00*

**Additional Information**

Daily Rate: $108.00 USD

Total Rate: $216.00 USD

**Room Details**

Room Description: RoomDescriptionCodeNXGE00
Special Instructions: Nonsmoking

**Cancellation Policy**

Cancel Permitted Up To 01 Days Before Arrival. 120.96 Cancel Fee Per Room.

**Directions to Hotel from: Indianapolis Intl Arpt**
(Distance: 30.6 miles, Time: 40m 56s)

1. Depart toward S Access Rd (0.3 miles/ 45s)
2. Turn right onto S Access Rd (2.1 miles/5m 41s)
3. Turn right onto W Perimeter Rd (0.5 miles/ 58s)
4. Turn right onto N Service Rd (0.1 miles/ 16s)
5. Bear right toward Colonel H Weir Cook Memorial Dr (0.2 miles/ 29s)
6. Keep straight onto Colonel H Weir Cook Memorial Dr (0.1 miles/ 11s)
7. Take ramp left for I-74 West / I-465 North toward Peoria (10.2 miles/11m 42s)
8. Keep straight onto I-465 N / US-52 W (3.8 miles/4m 7s)
9. Keep right to stay on I-465 N (5.3 miles/5m 44s)
10. Keep straight onto I-465 E / US-52 E (5.3 miles/5m 43s)
11. At exit 31, take ramp right and follow signs for US-31 (0.5 miles/ 35s)
12. Turn left onto US-31 N / N Meridian St (1.8 miles/3m 6s)
13. Turn right onto E 116th St (0.2 miles/ 34s)
14. Turn left onto N Pennsylvania St (0.1 miles/ 42s)
15. Turn left onto N Pennsylvania St (128 feet/ 16s)
16. Arrive at N Pennsylvania St (0 feet/ 0s)

Wednesday, May 6, 2015

### Flight Indianapolis, IN (IND) to Denver, CO (DEN)

**United 6203**
OPERATED BY /SKYWEST DBA UNITED EXPRESS

| | |
|---|---|
| **Departure: 08:14 PM**<br>Seat:14C<br>Indianapolis Intl Arpt (IND)<br>Duration: 2 hours, 49 minutes<br>Nonstop | **Confirmation:** ▉<br>Status: Confirmed |
| **Arrival: 09:03 PM**<br>Denver Intl Arpt (DEN) | |
| **Additional Details**<br>Aircraft: Canadair 700<br>E-Ticket<br>Cabin: Economy (K) | Distance: 975 miles<br><br>Meal: Meal at Cost |

*ir, 1 min layover at Denver Intl Arpt (DEN)*

### Flight Denver, CO (DEN) to Los Angeles, CA (LAX)

**United 1504**

| | |
|---|---|
| **Departure: 10:04 PM**<br>Seat:30D<br>Denver Intl Arpt (DEN)<br>Duration: 2 hours, 34 minutes<br>Nonstop | **Confirmation:** ▉<br>Status: Confirmed |
| **Arrival: 11:38 PM**<br>Los Angeles Intl (LAX)<br>Terminal:7 | |
| **Additional Details**<br>Aircraft: Boeing 737-800<br>E-Ticket<br>Cabin: Economy (N) | Distance: 859 miles<br><br>Meal: Meal at Cost |

## Total Estimated Cost

**Air**
| | |
|---|---|
| Airfare quoted amount: | $399.08 USD |
| Taxes and fees: | $75.12 USD |
| Air Total Price: | $474.20 USD |
| Hotel: | $216.00 USD |
| Total Estimated Cost: | $690.20 USD |

**TICKET NOT YET ISSUED. AIRFARE QUOTED IN ITINERARY IS NOT GUARANTEED UNTIL TICKETS ARE ISSUED.**

## Remarks

CLIQCID-33545

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April 29, 2015, I served true copies of the following document(s) described as **DECLARATION OF TOM R. NORMANDIN IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE TRIAL DATE** on the interested parties in this action as follows:

| | |
|---|---|
| Frank D. Kortum<br>John Kucera<br>Christen A. Spoule<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov<br>E-mail: Christen.A.Sproule@usdoj.gov<br>E-mail: John.Kucera@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2015, at Santa Ana, California.

Farida Baig