PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:   (714) 547-2444
Fax No.:     (714) 835-2889

Attorneys for NextGear Capital, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**DECLARATION OF PAULA M. HARRELSON IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE TRIAL**<br><br>Crtrm.: 9-D<br><br>The Hon. David O. Carter |

DECLARATION OF PAULA M. HARRELSON

I, Paula M. Harrelson, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Of Counsel to Prenovost, Normandin, Bergh & Dawe, attorneys of record for NextGear Capital, Inc.. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Declaration Of Paula M. Harrelson In Support Of Ex Parte Application To Continue Trial.

2. April 27, 2015, I received a telephone call from Assistant U.S. Attorney Frank Kortum. Mr. Kortum has been lead counsel for the Plaintiff during the course of this litigation. He is the only attorney for the Plaintiff I have interacted with

during this litigation. Mr. Kortum disclosed information regarding his unavailability. I exclude from this declaration to protect his privacy. I understood that he wanted me to stipulate to a continuance of the trial.

3. I told Mr. Kortum that I would and that we had been considering seeking a continuance ourselves but had held off because of the pending settlement approval. We believed at the time that the Plaintiff would sign off on the settlement that Mr. Kortum and I, with my client's approval, had worked out over the past month.

4. Mr. Kortum asked me to send an e-mail to the courtroom deputy to give the court a heads up about the forthcoming stipulation. I did as Mr. Kortum asked. A true and correct copy of my e-mail to Courtroom Deputy Deborah Goltz is attached hereto as Exhibit C and incorporated by reference herein.

5. I understand that late that afternoon, Steve Welk, whom I understood to be Mr. Kortum's supervisor, informed my office that the Plaintiff would not stipulate to a continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 29, 2015, at Santa Ana, California.

_____
Paula M. Harrelson

# EXHIBIT C

## Paula M. Harrelson

| | |
|---|---|
| **From:** | Paula M. Harrelson [PHarrelson@pnbd.com] |
| **Sent:** | Monday, April 27, 2015 11:58 AM |
| **To:** | 'DOC_Chambers@cacd.uscourts.gov' |
| **Cc:** | 'Kortum, Frank (USACAC)'; Tom R. Normandin |
| **Subject:** | US v One 2006 Lamborghini; SACV13-907-DOC |

Dear Ms. Goltz,

AUSA Frank Kortum just informed our office that he is in the hospital and will not be able to prepare for or trial the above case now set for trial on May 4.

For this, and other reasons, we will be submitting a joint stipulation with the US Attorney's office to continue the trial.

Just wanted to give the court a heads up on what was coming.

Thank you.

Paula M. Harrelson, Esq.
Prenovost Normandin Bergh & Dawe, APC
2122 North Broadway, Ste. 200
Santa Ana, California  92706
714-547-2444
714-835-2889 (fax)
pharrelson@pnbd.com

This email transmission, including any attachments, may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance, dissemination or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or telephone, delete this message, and destroy all copies of the message immediately. Thank you in advance for your cooperation.

1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April 29, 2015, I served true copies of the following document(s) described as **DECLARATION OF PAULA M. HARRELSON IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE TRIAL DATE** on the interested parties in this action as follows:

| | |
|---|---|
| Frank D. Kortum<br>John Kucera<br>Christen A. Spoule<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov<br>E-mail: Christen.A.Sproule@usdoj.gov<br>E-mail: John.Kucera@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2015, at Santa Ana, California.

Farida Baig