PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:   (714) 547-2444
Fax No.:      (714) 835-2889

Attorneys for NextGear Capital, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**NOTICE OF LODGMENT OF PROPOSE ORDER TO EX PARTE APPLICATION TO CONTINUE TRIAL**<br><br>Date:   May 4, 2015<br>Time:   9:00 a.m.<br>Crtrm.:  9D<br><br>The Hon. David O. Carter |

**PLEASE TAKE NOTICE** that Claimant, NEXTGEAR CAPITAL, INC. hereby lodges the Proposed Order to the Ex Parte Application to Continue the trial date, currently set for May 4, 2015. The Proposed Order is attached hereto as "Attachment A." The Ex Parte Application was filed as Docket No. 38.

DATED: April 27, 2015      PRENOVOST, NORMANDIN, BERGH & DAWE
                           A Professional Corporation

                           By:   /s/ Tom R. Normandin
                                 TOM R. NORMANDIN
                                 PAULA M. HARRELSON
                                 Attorneys for NextGear Capital, Inc.

**ATTACHMENT "A"**

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.: (714) 547-2444
Fax No.:   (714) 835-2889

Attorneys for NextGear Capital, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SACV13-907-DOC(JPR) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON *EX PARTE* APPLICATION TO CONTINUE TRIAL |
| v. | |
| ONE 2006 LAMBORGHINI MURCIELAGO, | Trial Date: May 4, 2015<br>Time: 9:00 a.m.<br>Dept: |
| Defendant. | |
| | The Hon. David O. Carter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After full consideration of the reasons set forth in NextGear Capital, Inc.'s *Ex Parte* Application to Continue Trial, it is hereby ordered that the *Ex Parte* Application is GRANTED. The May 4, 2015, trial date is hereby vacated and trial is rescheduled for _____, 2015, at 9:00 a.m.

All other applicable deadlines shall remain unchanged.

**IT IS SO ORDERED.**

DATED: May___, 2015

_____
David O. Carter
United States District Court Judge

8443.0037 / 1135649.1                     1                     SACV13-907-DOC(JPR)
[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE TRIAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April __, 2015, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL** on the interested parties in this action as follows:

Frank D. Kortum                                Attorneys for the UNITED STATES
John Kucera                                    OF AMERICA
Christen A. Spoule
Assistant United States Attorney
Asset Forfeiture Section
United States Courthouse
312 North Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone: (213) 894-5710
Facsimile: (213) 894-7177
E-mail: frank.kortum@usdoj.gov
E-mail: Christen.A.Sproule@usdoj.gov
E-mail: John.Kucera@usdoj.gov

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April __, 2015, at Santa Ana, California.



Farida Baig

8443.0037 / 1135649.1                                       SACV13-907-DOC(JPR)

[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On April 29, 2015, I served true copies of the following document(s) described as **NOTICE OF LODGMENT OF PROPOSE ORDER TO EX PARTE APPLICATION TO CONTINUE TRIAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at _____ a.m./p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2015, at Santa Ana, California.

_____
Farida Baig

**SERVICE LIST**
**DSC v. U.S. Immigration**
**SACV-12-01497-DOC (JPRx)**

| | |
|---|---|
| Frank D. Kortum<br>John Kucera<br>Christen A. Spoule<br>Assistant United States Attorney<br>Asset Forfeiture Section<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov<br>E-mail: Christen.A.Sproule@usdoj.gov<br>E-mail: John.Kucera@usdoj.gov | Attorneys for the *UNITED STATES OF AMERICA* |

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel (714) 547-2444 • Fax (714) 835-2889