**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-0907-DOC (JPRx)                    Date: April 30, 2015

Title: UNITED STATES OF AMERICA V. ONE 2006 LAMBORGHINI MURCIELAGO

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE TRIAL DATE [38]**

Before the Court is Defendant NextGear's *ex parte* application to continue the trial date from May 4, 2015 to May 26, 2015. For good cause showing, in light of counsel's representation that he has a prepaid vacation scheduled, the Court hereby GRANTS the Motion. The trial will be set for May 26, 2015 at 1:30 p.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                                     Initials of Deputy Clerk: djg
CIVIL-GEN