STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-4493
   Facsimile: (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
         Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>        Defendant.<br><br>NEXTGEAR CAPITAL, INC.<br><br>        Claimant. | No. SACV 13-907-DOC(JPRx)<br><br>**JOINT WITNESS LIST FOR TRIAL**<br><br>TRIAL DATE: May 26, 2015<br>TIME:    1:30 p.m. |

     Pursuant to the Federal Rules of Civil Procedure 26 and Local Rule 16-5, Plaintiff United States of America and Claimant Nextgear Capital, Inc. hereby provide their joint list of witnesses to be called at the trial of this matter:

1

**Plaintiff:**

    1.    ICE Special Agent Wanda Chavez

    2.    Custodian of Records, Lamborghini of Newport Beach*

    3.    Griselda Vera (anticipated rebuttal witness)*

    4.    David Ortiz (anticipated rebuttal witness)*

**Claimant:**

1. Troy Rogers, home address confidential, available through NextGear's counsel. Mr. Rogers is a NextGear employee. He will testify as to the NextGear flooring line documents relating to NCA International, Inc. ("Remate"). He will also testify generally regarding NextGear's acquisition of the Title and Wholesale Report of Sale for the subject Vehicle.

2. Custodian of Records for Lamborghini Newport Beach ("LNB"), 1425 Baker St., Costa Mesa, Ca. 92626. The Custodian will testify about LNB's records documenting the sale of the Vehicle to Remate.

3. Cecelia Saiden Mariscal. Mariscal will testify regarding Remate and the circumstances of Remate's acquisition of the Vehicle.

4. Terry Holloway, employee of LNB will testify about LNB's sale of the Vehicle and about the Currency Transaction Report that was made.

5. Custodian of Records for Irwindale Police Department, will testify regarding the impounding of the Vehicle.

6. Officer M. Arias, Badge 744, Irwindale Police Department will testify regarding the circumstances of the impounding of the Vehicle.

7. Scott Cary, NextGear employee, will testify regarding NextGear corporate background.

8. Raul Ernesto Zugasti, currently incarcerated, may be called to testify regarding Remate's acquisition of the Vehicle.*

Both Parties reserve the right to amend or add to this list if circumstances and justice require it.

Dated: May 8, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   */s/ Christen A. Sproule*
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATED:  May 8, 2015

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation


By:      */s/ PAULA M. HARRELSON*
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for Defendant NEXTGEAR CAPITAL, INC.