STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-4493
   Facsimile:  (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
          Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO<br><br>Defendant<br>_____<br><br>NEXTGEAR CAPITAL, INC.,<br><br>   Claimant. | No. SACV 13-907-DOC(JPRx)<br><br><u>JOINT EXHIBIT LIST</u><br><br>TRIAL: May 26, 2015<br>TIME:  1:30 p.m.<br><br>Before the Honorable David O. Carter<br>United States District Judge |

1

Pursuant to the Federal Rules of Civil Procedure 16-6 and 26 of the, Plaintiff United States of America and Claimant NextGear Capital, Inc. ("NextGear") submit their list of exhibits to be presented at trial other than those contemplated to be used solely for impeachment.

**Plaintiff's Exhibits:**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 and 1A | Photos of 2006 Lamborghini | | |
| 2 and 2A | Records of U.S. Bank National Association and summary chart of cash deposits made on June 1, 2011 | | |
| 3 | IRS Form 8300, dated July 15, 2011, filed by Lamborghini of Newport Beach | | |
| 4 | January 31, 2012 Seizure Warrant of Special Agent Wanda Chavez and accompanying attachments and affidavit | | |

**Claimant's Exhibits:**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | SOT Vehicle Report dated 12/13/2013 | | |
| 2 | DSC Floorplan Application, dated 8/23/05 | | |
| 3 | DSC Floorplan Application, dated 1/21/10 | | |

| | | | | |
|---|---|---|---|---|
| 4 | Individual Personal Guaranty (Zugasti) dated 1/21/10 | | | |
| 5 | Individual Personal Guaranty, dated 1/21/10 | | | |
| 6 | Demand Promissory Note and Security Agreement, dated 1/21/10 | | | |
| 7 | Declaration of Cecelia Saiden Mariscal, dated 4/25/12 | | | |
| 8 | Receivable Detail Report, dated 4/20/12 | | | |
| 9 | Copy of Check No. 312351229, dated 6/14/12, payable to Remate Del Monte and Oregon Vehicle Certificate of Title | | | |
| 10 | Receivable Detail Report dated 03/13/2012. | | | |
| 11 | Certificate of Title for subject Lamborghini | | | |
| 12 | Wholesale Report of Sale made by Lamborghini Newport Beach dated June 2, 2011 | | | |
| 13 | Power of Attorney dated 01/21/10 signed by Cecelia Saiden Mariscal and Raul Ernesto Zugasti-Coria. | | | |
| 14 | Demand Promissory Note and Security Agreement dated 08/23/05 | | | |

| | | | | |
|---|---|---|---|---|
| 15 | UCC Financing Statement and Addendum regarding Remate filed 08/25/2005 | | | |
| 16 | UCC Financing Statement Amendment filed 08/02/2010 | | | |
| 17 | Irwindale Police Depart Vehicle Report 12-0076 regarding subject Lamborghini | | | |
| 18 | Audio Recording of Irwindale Police Department impounding of Vehicle on 01/15/12 | | | |
| 19 | LNB Wholesale purchase order dated 6/02/11 showing sale to Remate | | | |
| 20 | IRS Form 830 (Currency Transaction Report "CTR") made by LNB | | | |
| 21 | LNB Receipt No. 1480 for $3500 made to Remate Del Monte Motors | | | |
| 22 | Email/Notes from LNB regarding deliver of title to Cecelia | | | |
| 23 | Certified DMV Documents regarding Lamborghini | | | |
| 24 | Certificate of Merger for NextGear filed 01/31/2013 | | | |
| 25 | Manheim MMR valuation for subject Lamborghini | | | |
| 26 | Manheim Bill of Sale for Mercedes | | | |
| 27 | NextGear's Statement of Interest filed July 29, 2013 | | | |

| | | | |
|---|---|---|---|
| 28 | NextGear's Answer to Complaint filed July 29, 2013 | | |
| 29 | Zugasti-Coria's Claim Opposing Forfeiture. | | |
| 30 | Plaintiff's First Set of Special Interrogatories to Ernesto Zugasti-Coria. | | |
| 31 | Claimant Ernesto Zugasti-Coria's Responses to Special Interrogatories Propounded by Plaintiff. | | |

Both Parties reserve the right to amend or add to this list if circumstances and justice require it.

**Plaintiff's Objections:**

The government reserves the right to object to all exhibits to the extent that the propounding witness cannot lay a necessary foundation for its admissibility pursuant to Federal Rule of Evidence ("FRE") 901.

1. Claimant's Exhibits # 7, 8, 10, 17, 18, 22, 27, 28, 29, 30, 31

Plaintiff's Objection Grounds:

These exhibits are inadmissible hearsay without an exception pursuant to FRE 802.

**Claimant's Objections:**

1.  Plaintiff's Exhibits #1 and 1A

Claimant's Objection Grounds:

The photos lack foundation. [Federal Rule of Evidence ("FRE") 901]

5

The look or appearance of the vehicle is not relevant to facts of the case. [FRE 402]

The potential for unfair prejudice and confusing the issues outweighs the remote probative value the photos have. [FRE 403]

2. Plaintiff's Exhibits #2 and 2A

Claimant's Objection Grounds:

The records and the summary of chart lack foundation. [FRE 901]

The bank records and summary chart are not relevant to the facts of this case. [FRE 402]

The potential for unfair prejudice and confusing the issues outweighs the probative value that the bank records and the summary chart may have. [FRE 403]

The bank records and summary chart are inadmissible hearsay without exception. [FRE 802, 805]

The bank records and summary chart are barred because they are not original writings. [FRE 1002]

3. Plaintiff's Exhibit #3

Claimant's Objection Grounds:

The IRS form lacks foundation. [FRE 901]

The IRS form is irrelevant to the facts of this case. [FRE 402]

The potential for unfair prejudice and confusing the issues outweighs the probative value that the IRS form might have. [FRE 403]

The IRS form is inadmissible hearsay without exception. [FRE 802]

The IRS form is barred because it is not an original writing. [FRE 1002]

4. Plaintiff's Exhibit #4

<u>Claimant's Objection Grounds:</u>

The warrant and supporting documents lack foundation. [FRE 901]

The warrant and supporting documents are irrelevant to the facts of this case. [FRE 402]

The potential for unfair prejudice and confusing the issues outweighs the probative value that the warrant and supporting documents might have. [FRE 403]

The warrant and supporting documents are inadmissible hearsay without exception and hearsay within hearsay. [FRE 802 and 805]

The warrant and supporting documentation are barred because they are not original writings. [FRE 1002]

DATED: May 8, 2015               Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/*Christen A. Sproule*
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: May 8, 2015               /s/Paula M. Harrelson
PAULA M. HARRELSON
Attorney for Claimant NextGear Capital, Inc.

7