1   STEPHANIE YONEKURA
    Acting United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   CHRISTEN A. SPROULE (California State Bar Pending)
    Assistant United States Attorney
6   LUCAS E. ROWE (CBN: 298697)
    Special Assistant United States Attorney
7   Asset Forfeiture Section
    California Bar No. Pending
8     Federal Courthouse, 14th Floor
      312 North Spring Street
9     Los Angeles, California 90012
      Telephone:  (213) 894-4493
10    Facsimile:  (213) 894-7177
      E-mail: Christen.A.Sproule@usdoj.gov
11            Lucas.Rowe@usdoj.gov

12  Attorneys for Plaintiff
    UNITED STATES OF AMERICA

13               UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                    SOUTHERN DIVISION

16

17  UNITED STATES OF AMERICA,          NO.  SACV 13-907 DOC(JPRx)

18              Plaintiff,             **[PROPOSED] ORDER FOR
                                       PLAINTIFF'S NOTICE OF MOTION
19          v.                         AND MOTION IN LIMINE TO
                                       EXCLUDE EVIDENCE RELATED TO
20  ONE 2006 LAMBORGHINI               AFFIRMATIVE DEFENSE NOT
    MURCIELAGO                         ASSERTED IN ANSWER**
21
                Defendant.
22  _____

23  NEXTGEAR CAPITAL, INC.,            TRIAL: May 26, 2015
                                       TIME:  10:00 a.m.
24              Claimant.

25

26

27          Plaintiff United States of America has moved in limine to exclude evidence

28  related to affirmative defenses not asserted in Claimant's Answer.

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Plaintiff's motion in limine to exclude evidence related to affirmative defenses not asserted in Claimant's Answer is granted and that any evidence related to Claimant's unalleged affirmative defenses (including the affirmative defense of innocent ownership) is excluded from trial.

IT IS SO ORDERED.

_____
DATE

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/  *Christen A. Sproule*_____
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA