STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (California State Bar Pending)
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-4493
   Facsimile:  (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
         Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO<br><br>Defendant.<br>_____<br><br>NEXTGEAR CAPITAL, INC.,<br><br>Claimant. | NO.  SACV 13-907 DOC(JPRx)<br><br>**[PROPOSED] ORDER FOR PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE CERTAIN EXHIBITS AS CONTAINING HEARSAY**<br><br>TRIAL: May 26, 2015<br>TIME:  10:00 a.m. |

1    Plaintiff United States of America has moved in limine to bar claimant Nextgear
2  Capital, Inc. from introducing certain exhibits because they contain inadmissible
3  hearsay.
4    GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Plaintiff's
5  motion in limine to bar claimant Nextgear Capital, Inc. from introducing certain exhibits
6  because they contain inadmissible hearsay is granted and that Claimant's Proposed
7  Exhibits set forth below are excluded from trial in whole or part:
8  ///
9  ///

| Claimant's Exhibit No. | Description |
| --- | --- |
| 7 | "Declaration of Cecelia [sic] Saiden Mariscal, dated 4/25/12" |
| 17 | "Irwindale Police Depart [sic] Vehicle Report 12-0076 regarding subject Lamborghini" |
| 18 | "Audio Recording of Irwindale Police Department impounding of Vehicle on 01/15/12" |
| 22 | "Email/Notes from LNB regarding deliver of title to Cecelia |
| 27 | "NextGear's Statement of Interest filed July 29, 2013" |
| 28 | "NextGear's Answer to Complaint filed July 29, 2013" |
| 29 | "Zugasti-Coria's Claim Opposing Forfeiture." |
| 30 | "Plaintiff's First Set of Special Interrogatories to Ernesto Zugasti-Coria." |
| 31 | "Claimant Ernesto Zugasti-Coria's Responses to Special Interrogatories Propounded by Plaintiff" |

.

IT IS SO ORDERED.

_____          _____
DATE                                    HONORABLE DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 _/s/_ _Christen A. Sproule_____
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA