1 | PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2 | TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
3 | PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
4 | 2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
5 | Phone No.:   (714) 547-2444
Fax No.:      (714) 835-2889
6
7 | Attorneys for NextGear Capital, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11 | UNITED STATES OF AMERICA,          Case No. SACV13-907-DOC(JPR)

12 |                 Plaintiff,          **CLAIMANT NEXTGEAR
                                         CAPITAL, INC'S AMENDED
13 |           v.                        EXHIBIT LIST**

14 | ONE    2006    LAMBORGHINI         Date:  May 26, 2015
     MURCIELAGO,                        Time:  10:00 a.m.
15 |                                    Crtrm.: 9-D
                    Defendant.
16 |                                    The Hon. David O. Carter

17        Claimant NextGear Capital, Inc. ("NextGear") hereby amends its Exhibit List

18 | to correct the Exhibit numbering from the Joint Exhibit List. Instead of starting with

19 | "1" NextGear's Exhibits will start with 101. NextGear also adds eight (8) exhibits

20        **Claimant's Exhibits:**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | SOT Vehicle Report dated 12/13/2013 | | |
| 102 | DSC Floorplan Application, dated 8/23/05 | | |
| 103 | DSC Floorplan Application, dated 1/21/10 | | |

| | | | |
|---|---|---|---|
| 104 | Individual Personal Guaranty (Zugasti) dated 1/21/10 | | |
| 105 | Individual Personal Guaranty (Saiden Mariscal), dated 1/21/10 | | |
| 106 | Demand Promissory Note and Security Agreement, dated 1/21/10 | | |
| 107 | Declaration of Cecelia Saiden Mariscal, dated 4/25/12 | | |
| 108 | Receivable Detail Report, dated 4/20/12 | | |
| 109 | Copy of Check No. 312351229, dated 6/14/12, payable to Remate Del Monte and Oregon Vehicle Certificate of Title | | |
| 110 | Receivable Detail Report dated 03/13/2012. | | |
| 111 | Certificate of Title for subject Lamborghini | | |
| 112 | Wholesale Report of Sale made by Lamborghini Newport Beach dated June 2, 2011 | | |
| 113 | Power of Attorney dated 01/21/10 signed by Cecelia Saiden Mariscal and Raul Ernesto Zugasti-Coria. | | |

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel (714) 547-2444 • Fax (714) 835-2889

8443.0037 / 1144283.1                    2                    SACV13-907-DOC(JPR)
CLAIMANT NEXTGEAR CAPITAL, INC'S AMENDED EXHIBIT LIST

| # | Description | | |
|---|---|---|---|
| 114 | Demand Promissory Note and Security Agreement dated 08/23/05 | | |
| 115 | UCC Financing Statement and Addendum regarding Remate filed 08/25/2005 | | |
| 116 | UCC Financing Statement Amendment filed 08/02/2010 | | |
| 117 | Irwindale Police Depart Vehicle Report 12-0076 regarding subject Lamborghini | | |
| 118 | Audio Recording of Irwindale Police Department impounding of Vehicle on 01/15/12 | | |
| 119 | LNB Wholesale purchase order dated 6/02/11 showing sale to Remate | | |
| 120 | IRS Form 8300 (Currency Transaction Report "CTR") made by LNB | | |
| 121 | LNB Receipt No. 1480 for $3500 made to Remate Del Monte Motors | | |
| 122 | Email/Notes from LNB regarding deliver of title to Cecelia | | |
| 123 | Certified DMV Documents regarding Lamborghini | | |
| 124 | Certificate of Merger for NextGear filed 01/31/2013 | | |
| 125 | Manheim MMR valuation for subject Lamborghini | | |

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel. (714) 547-2444 • Fax (714) 835-2889

| # | Description | | |
|---|---|---|---|
| 126 | Manheim Bill of Sale for Mercedes | | |
| 127 | NextGear's Statement of Interest filed July 29, 2013 | | |
| 128 | NextGear's Answer to Complaint filed July 29, 2013 | | |
| 129 | Zugasti-Coria's Claim Opposing Forfeiture. | | |
| 130 | Plaintiff's First Set of Special Interrogatories to Ernesto Zugasti-Coria. | | |
| 131 | Claimant Ernesto Zugasti-Coria's Responses to Special Interrogatories Propounded by Plaintiff. | | |
| 132 | 2012 calendar | | |
| 133 | LNB Deal checklist dated 05/25/11 | | |
| 134 | LNB Deal checklist handwritten date 6/?/11 2nd | | |
| 135 | California Resale Certificate (LNB) by Remate | | |
| 136 | Remate Seller's Permit (LNB) | | |
| 137 | Vehicle Dealer License and Business license for Remate (LNB) | | |
| 138 | BOE Sales and Use Tax Permit Verification for Remate (LNB) | | |
| 139 | NextGear lender's license | | |

///

1   NextGear reserves the right to amend or add to this list if circumstances and
2   justice require it.
3
4
5
6   DATED: May 15, 2015         PRENOVOST, NORMANDIN, BERGH &
                                 DAWE
7                                A Professional Corporation
8
9
10                              By:   /s/ Paula M. Harrelson
11                                 TOM R. NORMANDIN
                                   PAULA M. HARRELSON
12                                 Attorneys for NextGear Capital, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On May __, 2015, I served true copies of the following document(s) described as **CLAIMANT'S NEXTGEAR CAPITAL, INC.'S AMENDED EXHIBIT LIST** on the interested parties in this action as follows:

| | |
|---|---|
| JOHN KUCERA<br>Assistant United States Attorney<br>CHRISTINE SPROULE<br>Assistant United States Attorney<br>LUCAS E. ROW<br>Assistant United States Attorney<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: frank.kortum@usdoj.gov | Attorneys for the UNITED STATES OF AMERICA |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May __, 2015, at Santa Ana, California.

_____
Farida Baig