STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (California State Bar Pending)
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-4493
   Facsimile:  (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
          Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 13-907 DOC(JPRx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION AS TO VIOLATION OF LOCAL RULE 16-15.8** |
| ONE 2006 LAMBORGHINI MURCIELAGO | |
| Defendant. | |
| _____ | |
| NEXTGEAR CAPITAL, INC., | |
| Claimant. | |

Plaintiff, the United States of America (the "Government"), by and through its

attorneys, and the Claimant, NextGear Capital, Inc. (the "Claimant"), by and through its

attorneys, hereby stipulate the following:

(A)     On May 14, 2015, Claimant's counsel filed with the District Court an opposition to the Government' Motion in Limine to Exclude Evidence Related to an Affirmative Defense Not Asserted in Answer, (Dkt. 55.);

(B)     In this filing, Claimant included confidential information related to the mediation proceeding in this case prohibited from disclosure pursuant to Local Rule 16-15.8, "Confidential Treatment";

(C)     The original filing, filed as Docket No. 55, should be withdrawn and replaced with the amended filing, filed as Docket No. 57; and

(D)     The original filing, filed as Docket No. 55, should be stricken from the docket and not considered by the Court.

DATED: May 15, 2015                 Respectfully submitted,

                                    STEPHANIE YONEKURA
                                    Acting United States Attorney
                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

                                    _____/s/_____
                                    CHRISTEN A. SPROULE
                                    LUCAS E. ROWE
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

DATED: May 18, 2015                 _____/s/_____
                                    PAULA M. HARRELSON
                                    Attorney for Claimant NextGear Capital, Inc.