STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (California State Bar Pending)
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-4493
   Facsimile:  (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
         Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO<br><br>    Defendant.<br>_____<br><br>NEXTGEAR CAPITAL, INC.,<br><br>    Claimant. | NO.  SACV 13-907 DOC(JPRx)<br><br>[~~PROPOSED~~] **[REVISED]**<br><br>**ORDER** [60]<br><br><br>TRIAL: May 26, 2015<br>TIME:  10:00 a.m. |

     Plaintiff United States of America and Claimant NextGear Capital, Inc. have made a stipulated request to strike from the docket Claimant's Opposition to the Government's

Motion in Limine to Exclude Evidence Related to an Affirmative Defense Not Asserted in Answer, (Dkt. 55), and replace it with Claimant's Amended Opposition to the Government' Motion in Limine to Exclude Evidence Related to an Affirmative Defense Not Asserted in Answer, (Dkt. 57), because of Claimant's violation of Local Rule 16-15.8, "Confidential Treatment."

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Claimant's Opposition to the Government's Motion in Limine to Exclude Evidence Related to an Affirmative Defense Not Asserted in Answer, (Dkt. 55), is hereby STRICKEN and will not be considered by the Court.

IT IS SO ORDERED.

May 19, 2015

DATE

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Christen A. Sproule
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA