PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:   (714) 547-2444
Fax No.:     (714) 835-2889

Attorneys for NextGear Capital, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**NOTICE OF LODGMENT WITH THE COURT OF DEPOSITION TRANSCRIPTS OF CECELIA SAIDEN MARISCAL AND RAUL ERNESTO ZUGASTI CORIA**<br><br>Trial Date: May 26, 2015<br>Time: 10:00 a.m.<br>Dept.: 9D<br><br>The Hon. David O. Carter |

**PLEASE TAKE NOTICE** that Claimant, NEXTGEAR CAPITAL, INC. will hereby lodge the Deposition Transcripts of Cecelia Saiden Mariscal and Raul Ernesto Zugasti Coria with the Court before trial.

DATED: May 21, 2015

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By: ____/s/ TOM R. NORMANDIN_____
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for NextGear Capital, Inc.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On May 21, 2015, I served true copies of the following document(s) described as **NOTICE OF LODGMENT WITH THE COURT OF DEPOSITION TRANSCRIPTS OF CECELIA SAIDEN MARISCAL AND RAUL ERNESTO ZUGASTI CORIA** on the interested parties in this action as follows:

JOHN KUCERA  
Assistant United States Attorney  
CHRISTINE SPROULE  
Assistant United States Attorney  
LUCAS E. ROW  
Assistant United States Attorney  
United States Courthouse  
312 North Spring Street, Suite 1400  
Los Angeles, CA 90012  
Telephone: (213) 894-5710  
Facsimile: (213) 894-7177  
E-mail: frank.kortum@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Prenovost, Normandin, Bergh & Dawe's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Ana, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2015, at Santa Ana, California.



Farida Baig

1