# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 13-0907-DOC (JPRx) |
| Title: | USA V ONE 2006 Lamborghini Murcielago |
| Date | May 26, 2015 |

Present: The Honorable David O. Carter

| Deborah Goltz | Debbie Hino-Spaan/Debbie Gale/CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christin Sproule | Paula Harrelson |
| Lucas Rowe | Tom Normandin |

1 Day Court Trial           Day Jury Trial

- X   One day trial:   X  Begun (1st day);   X  Held & Continued;   X  Completed - submitted to court.
- ___ The Jury is impaneled and sworn.
- X   Opening statements made by   Plaintiff and Defendant
- X   Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
- X   Government rests.   X  Defendant(s) rest.
- X   Closing arguments made by   X  Government   X  defendant(s).   ___ Court instructs jury.
- ___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
- ___ Jury polled.   ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   Briefs to be filed by ___
- X   Motion to dismiss by   Claimant/Defendant   is ___ granted.   X  denied.   ___ submitted.
- ___ Motion for mistrial by ___   is ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___   is ___ granted.   ___ denied.   ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- ___ Case continued to ___ for further trial/further jury deliberation.
- X   Other: Motion in limine #1 [50] denied; motion in limine #2 [54] deferred ruling by the Court. Case submitted to the Court for decision.

5 : 10

Initials of Deputy Clerk   djg

cc: