FILED
CLERK, U.S. DISTRICT COURT
5/26/15
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Goltz   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CV 13-0907-DOC (JPRx) |
| Plaintiff, | |
| v | **EXHIBIT LIST** |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. | |
| _____/ | |

# EXHIBIT LIST

**Plaintiff's Exhibits:**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 and 1A | Photos of 2006 Lamborghini | 5/26/15 | 5/26/15 |
| 2 and 2A | Records of U.S. Bank National Association and summary chart of cash deposits made on June 1, 2011 | 5/26/15 | 5/26/15 |
| 3 | IRS Form 8300, dated July 15, 2011, filed by Lamborghini of Newport Beach | 5/26/15 | 5/26/15 |
| 4 | January 31, 2012 Seizure Warrant of Special Agent Wanda Chavez and accompanying attachments and affidavit | 5/26/15 | 5/26/15 |

**Claimant's Exhibits:**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | SOT Vehicle Report dated 12/13/2013 | 5/26/15 | 5/26/15 |
| 102 | DSC Floorplan Application, dated 8/23/05 | 5/26/15 | 5/26/15 |
| 103 | DSC Floorplan Application, dated 1/21/10 | 5/26/15 | 5/26/15 |

| | | | |
|---|---|---|---|
| 104 | Individual Personal Guaranty (Zugasti) dated 1/21/10 | | |
| 105 | Individual Personal Guaranty (Saiden Mariscal), dated 1/21/10 | 5/26/15 | 5/26/15 |
| 106 | Demand Promissory Note and Security Agreement, dated 1/21/10 | 5/26/15 | 5/26/15 |
| 107 | Declaration of Cecelia Saiden Mariscal, dated 4/25/12 | 5/26/15 | |
| 108 | Receivable Detail Report, dated 4/20/12 | 5/26/15 | 5/26/15 |
| 109 | Copy of Check No. 312351229, dated 6/14/12, payable to Remate Del Monte and Oregon Vehicle Certificate of Title | 5/26/15 | 5/26/15 |
| 110 | Receivable Detail Report dated 03/13/2012. | | |
| 111 | Certificate of Title for subject Lamborghini | 5/26/15 | 5/26/15 |
| 112 | Wholesale Report of Sale made by Lamborghini Newport Beach dated June 2, 2011 | 5/26/15 | 5/26/15 |
| 113 | Power of Attorney dated 01/21/10 signed by Cecelia Saiden Mariscal and Raul Ernesto Zugasti-Coria. | | |

| | | | |
|---|---|---|---|
| 114 | Demand Promissory Note and Security Agreement dated 08/23/05 | | |
| 115 | UCC Financing Statement and Addendum regarding Remate filed 08/25/2005 | 5/26/15 | 5/26/15 |
| 116 | UCC Financing Statement Amendment filed 08/02/2010 | 5/26/15 | 5/26/15 |
| 117 | Irwindale Police Depart Vehicle Report 12-0076 regarding subject Lamborghini | 5/26/15 | 5/26/15 |
| 118 | Audio Recording of Irwindale Police Department impounding of Vehicle on 01/15/12 | | |
| 119 | LNB Wholesale purchase order dated 6/02/11 showing sale to Remate | 5/26/15 | 5/26/15 |
| 120 | IRS Form 8300 (Currency Transaction Report "CTR") made by LNB | | |
| 121 | LNB Receipt No. 1480 for $3500 made to Remate Del Monte Motors | 5/26/15 | 5/26/15 |
| 122 | Email/Notes from LNB regarding deliver of title to Cecelia | 5/26/15 | 5/26/15 |
| 123 | Certified DMV Documents regarding Lamborghini | 5/26/15 | 5/26/15 |
| 124 | Certificate of Merger for NextGear filed 01/31/2013 | | |

| | | | |
|---|---|---|---|
| 125 | Manheim MMR valuation for subject Lamborghini | | |
| 126 | Manheim Bill of Sale for Mercedes | | |
| 127 | NextGear's Statement of Interest filed July 29, 2013 | | |
| 128 | NextGear's Answer to Complaint filed July 29, 2013 | | |
| 129 | Zugasti-Coria's Claim Opposing Forfeiture. | | |
| 130 | Plaintiff's First Set of Special Interrogatories to Ernesto Zugasti-Coria. | | |
| 131 | Claimant Ernesto Zugasti-Coria's Responses to Special Interrogatories Propounded by Plaintiff. | | |
| 132 | 2012 calendar | | |
| 133 | LNB Deal checklist dated 05/25/11 | | |
| 134 | LNB Deal checklist handwritten date 6/?/11 2nd | | |
| 135 | California Resale Certificate (LNB) by Remate | | |
| 136 | Remate Seller's Permit (LNB) | 5/26/15 | 5/26/15 |
| 137 | Vehicle Dealer License and Business license for Remate (LNB) | | |
| 138 | BOE Sales and Use Tax Permit Verification for Remate (LNB) | | |
| 139 | NextGear lender's license | 5/26/15 | |

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel. (714) 547-2444 • Fax (714) 835-2889