FILED
CLERK, U.S. DISTRICT COURT
5/26/15
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Goltz   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CV 13-0907-DOC (JPRx) |
| Plaintiff, | |
| v | **WITNESS LIST** |
| ONE 2006 LAMBORGHINI MURCIELAGO, | |
| Defendant. _____ / | |

LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CV 13-0907-DOC (JPRx) | Title | USA V ONE 2006 LAMBORGHINI MURCIELAGO |
|---|---|---|---|
| Judge | DAVID O. CARTER, United States District Court | | |
| Dates of Trial or Hearing | May 26, 2015 - Court Trial | | |
| Court Reporters or Tape No. | Debbie Hino-Spaan, Debbie Gale, CourtSmart | | |
| Deputy Clerks | Deborah Goltz | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Christin Sproule | Paula Harrelson |
| Lucas Rowe | Tom Normandin |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | WITNESS LIST / EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Wanda Chavez - CST 5/26/15 | Gov't |
| | | | | | | Troy Rogers - CST 5/26/15 | Defendant |
| | | | | | | Michael Arias - CST 5/26/15 | Defendant |
| | | | | | | John Terry Holloway - CST 5/26/15 | Defendant |
| | | | | | | Cecilia Saiden Mariscal - CST 5/26/15 | Defendant |
| | | | | | | David Manuel Ortiz - CST 5/26/15 | Gov't |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page 1 of 1