STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-4493
   Facsimile: (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
        Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO<br><br>      Defendant<br>_____<br><br>NEXTGEAR CAPITAL, INC.,<br><br>      Claimant. | NO. SACV 13-907 DOC (JPRx)<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1    PLEASE TAKE NOTICE that plaintiff herewith lodges its Proposed Judgment.

Approved as to form and content,

DATED: June 19, 2015

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ *Lucas E. Rowe*
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA