STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (California State Bar Pending)
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. Pending
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-4493
   Facsimile:  (213) 894-7177
   E-mail: Christen.A.Sproule@usdoj.gov
        Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE 2006 LAMBORGHINI MURCIELAGO <br><br> Defendant. <br> _____ <br><br> NEXTGEAR CAPITAL, INC., <br><br> Claimant. | NO.  SACV 13-907 DOC (JPRx) <br><br> **JUDGMENT OF FORFEITURE** |

//

//

A Court trial of this matter was held on May 26, 2015. The Court issued its Order re Findings of Fact and Conclusions of Law (Docket No. 75) on June 16, 2015. The Court found that Plaintiff, United States of America, proved by a preponderance of the evidence that the defendant, One 2006 Lamborghini Murcielago, is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) because it represents proceeds of, or is traceable to, one or more violations of 31 U.S.C. § 5324. The Court further found that Claimant, NextGear did not prove by a preponderance of the evidence that it was an innocent owner of the defendant under 18 U.S.C. § 983(d), or establish any other defense to the forfeiture.

//

//

//

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the defendant, One 2006 Lamborghini Murcielago, is hereby forfeited to plaintiff United States of America and no other right, title or interest shall exist therein. The government shall dispose of the defendant vehicle according to law.

2. Claimant NextGear did not substantially prevail in this action within the meaning of 28 U.S.C. § 2465. This judgment shall constitute a certificate of reasonable cause within the meaning of 28 U.S.C. § 2465(a)(2).

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action as to all of the parties hereto, and all other potential claimants.

IT IS SO ORDERED.

 June 23, 2015                                           *David O. Carter*
DATE                                                    HONORABLE DAVID O. CARTER
                                                                 UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Lucas E. Rowe_____
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA