PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
TOM R. NORMANDIN, SBN 102265
tnormandin@pnbd.com
PAULA M. HARRELSON, SBN 167438
pharrelson@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:	(714) 547-2444
Fax No.:	(714) 835-2889

Attorneys for NextGear Capital, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE 2006 LAMBORGHINI MURCIELAGO,<br><br>    Defendant. | Case No. SACV13-907-DOC(JPR)<br><br>**NOTICE OF APPEAL**<br><br>The Hon. David O. Carter |

    Notice is hereby given that Claimant Next Gear Capital, Inc. hereby appeals the above-named case to the United States Court of Appeals for the Ninth Circuit from the Judgment of Forefeiture entered by the District Court on June 23, 2015.

    Attached hereto as Exhibit "1" is a copy of the Judgment of Forfeiture.

DATED: August 20, 2015	PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation


By:	*/s/ Tom R. Normandin*
TOM R. NORMANDIN
PAULA M. HARRELSON
Attorneys for NextGear Capital, Inc.

8443.0037 / 1205654.1	1	SACV13-907-DOC(JPR)
NOTICE OF APPEAL

**EXHIBIT "1"**

```
 1   STEPHANIE YONEKURA                                    JS-6
     Acting United States Attorney
 2   ROBERT E. DUGDALE
     Assistant United States Attorney
 3   Chief, Criminal Division
     STEVEN R. WELK
 4   Assistant United States Attorney
     Chief, Asset Forfeiture Section
 5   CHRISTEN A. SPROULE (California State Bar Pending)
     Assistant United States Attorney
 6   LUCAS E. ROWE (CBN: 298697)
     Special Assistant United States Attorney
 7   Asset Forfeiture Section
     California Bar No. Pending
 8       Federal Courthouse, 14th Floor
         312 North Spring Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-4493
10       Facsimile: (213) 894-7177
         E-mail: Christen.A.Sproule@usdoj.gov
11               Lucas.Rowe@usdoj.gov

12   Attorneys for Plaintiff
     UNITED STATES OF AMERICA
13
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | NO. SACV 13-907 DOC (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF FORFEITURE** |
| ONE 2006 LAMBORGHINI MURCIELAGO | |
| Defendant. | |
| NEXTGEAR CAPITAL, INC., | |
| Claimant. | |

//
//

EXHIBIT 1-1

1  A Court trial of this matter was held on May 26, 2015. The Court issued its Order
2  re Findings of Fact and Conclusions of Law (Docket No. 75) on June 16, 2015. The
3  Court found that Plaintiff, United States of America, proved by a preponderance of the
4  evidence that the defendant, One 2006 Lamborghini Murcielago, is subject to forfeiture
5  pursuant to 31 U.S.C. § 5317(c)(2) because it represents proceeds of, or is traceable to,
6  one or more violations of 31 U.S. C. § 5324. The Court further found that Claimant,
7  NextGear did not prove by a preponderance of the evidence that it was an innocent
8  owner of the defendant under 18 U.S.C. § 983(d), or establish any other defense to the
9  forfeiture.
10 //
11 //
12 //

EXHIBIT 1-2

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the defendant, One 2006 Lamborghini Murcielago, is hereby forfeited to plaintiff United States of America and no other right, title or interest shall exist therein. The government shall dispose of the defendant vehicle according to law.

2. Claimant NextGear did not substantially prevail in this action within the meaning of 28 U.S.C. § 2465. This judgment shall constitute a certificate of reasonable cause within the meaning of 28 U.S.C. § 2465(a)(2).

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action as to all of the parties hereto, and all other potential claimants.

IT IS SO ORDERED.

June 23, 2015
DATE

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Lucas E. Rowe
CHRISTEN A. SPROULE
LUCAS E. ROWE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

EXHIBIT 1-3

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On August 20, 2015, I served true copies of the following document(s) described as **NOTICE OF APPEAL** on the interested parties in this action as follows:

| | |
|---|---|
| STEPHANIE YONEKURA<br>Acting United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br>CHRISTINE SPROULE<br>Assistant United States Attorney<br>LUCAS E. ROW<br>Assistant United States Attorney<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail:<br>Christen.A.Sproule@usdoj.gov<br>Lucas.Rowe@usdoj.gov<br>Attorneys for the UNITED STATES OF AMERICA | Andrew Reed Flier<br>Flier and Flier ALC<br>16133 Ventura Boulevard Suite 1160<br>Encino, CA 91436<br>818-990-9500<br>Fax: 818-990-1303<br>Email: andrew@flierandflier.com<br>Attorney for Claimant ERNESTO ZUGASTI-CORIA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2015, at Santa Ana, California.

                                                    /s/ *Christine L. Jones*
                                                    Christine L. Jones

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
Tel. (714) 547-2444 • Fax (714) 835-2889

8443.0037 / 1205654.1

SACV13-907-DOC(JPR)

NOTICE OF APPEAL