```
 1  PRENOVOST, NORMANDIN, BERGH & DAWE
    A Professional Corporation
 2  TOM R. NORMANDIN, SBN 102265
    tnormandin@pnbd.com
 3  PAULA M. HARRELSON, SBN 167438
    pharrelson@pnbd.com
 4  2122 North Broadway, Suite 200
    Santa Ana, California 92706-2614
 5  Phone No.:  (714) 547-2444
    Fax No.:    (714) 835-2889
 6
 7  Attorneys for NextGear Capital, Inc.
```

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,         | No.                                      |
|-----------------------------------|------------------------------------------|
| Plaintiff,                        | **REPRESENTATION STATEMENT**             |
| v.                                |                                          |
| ONE 2006 LAMBORGHINI MURCIELAGO,  | DC # SACV13-907-DOC(JPR) (Central District, CA) |
| Defendant.                        |                                          |

### REPRESENTATION STATEMENT

The undersigned represents NextGear Capital, Inc., claimant and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number and email address, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Respectfully Submitted,

  Tom Roddy Normandin

  Prenovost, Normandin, Bergh & Dawe, APC

  2122 N. Broadway, Suite 200

  Santa Ana, CA 92706

  714-547-2444

  Mail to: TNormandin@pnbd.com

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On August 20, 2015, I served true copies of the following document(s) described as **REPRESENTATION STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| STEPHANIE YONEKURA<br>Acting United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br>CHRISTINE SPROULE<br>Assistant United States Attorney<br>LUCAS E. ROW<br>Assistant United States Attorney<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail:<br>Christen.A.Sproule@usdoj.gov<br>Lucas.Rowe@usdoj.gov<br>Attorneys for the UNITED STATES OF AMERICA | Andrew Reed Flier<br>Flier and Flier ALC<br>16133 Ventura Boulevard Suite 1160<br>Encino, CA 91436<br>818-990-9500<br>Fax: 818-990-1303<br>Email: andrew@flierandflier.com<br>Attorney for Claimant ERNESTO ZUGASTI-CORIA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2015, at Santa Ana, California.

/s/ Christine L. Jones
Christine L. Jones