| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA || FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM |||

| 1. NAME<br>Tom R. Normandin, Esq., SBN 102265 | 2. PHONE NUMBER<br>714-547-2444 | 3. DATE<br>08/28/15 ||
|---|---|---|---|
| 4. FIRM NAME: Prenovost, Normandin, Bergh & Dawe | 5. E-MAIL ADDRESS: pharrelson@pnbd.com |||
| 6. MAILING ADDRESS<br>2122 N. Broadway, Suite 200 | 7. CITY<br>Santa Ana | 8. STATE<br>CA | 9. ZIP CODE<br>92706 |
| 10. CASE NUMBER<br>SACV 13-907-DOC (JPR) | 11. CASE NAME<br>Unites States of America v. 2006 Lamborghini | 12. JUDGE<br>Carter ||
| 13. APPEAL CASE NUMBER<br>15-156280 | 14. ORDER FOR ☑ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER _____ |||

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| May 26, 2015 | Debbie Gale | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Entire Transcript (Trial) |
| May 26, 2015 | Debbie Spaan | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Entire Transcript (Trial) |
| May 26, 2015 | Dotty Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Entire Transcript (Trial) |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT ||
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY ||
| REAL TIME | ☐ |||

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges
(deposit plus additional).

20. Month: _____ Day: _____ Year: _____
Transcript payment arrangements were made with:

17. DATE: August 28, 2015

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:
Month: _____ Day: _____ Year: _____

18. SIGNATURE: s/ Tom R. Normandin

G-120 (09/12)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On August __, 2015, I served true copies of the following document(s) described as **TRANCRIPT DESIGNAITON AND ORDERING FORM** on the interested parties in this action as follows:

| | |
|---|---|
| STEPHANIE YONEKURA<br>Acting United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br>CHRISTINE SPROULE<br>Assistant United States Attorney<br>LUCAS E. ROW<br>Assistant United States Attorney<br>United States Courthouse<br>312 North Spring Street, Suite 1400<br>Los Angeles, CA 90012<br>Telephone: (213) 894-5710<br>Facsimile: (213) 894-7177<br>E-mail: Christen.A.Sproule@usdoj.gov<br>Lucas.Rowe@usdoj.gov<br>Attorneys for the UNITED STATES OF AMERICA | Andrew Reed Flier<br>Flier and Flier ALC<br>16133 Ventura Boulevard Suite 1160<br>Encino, CA 91436<br>818-990-9500<br>Fax: 818-990-1303<br>Email: andrew@flierandflier.com<br>Attorney for Claimant ERNESTO ZUGASTI-CORIA |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fbaig@pnbd.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at 4:00 a.m./p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August __, 2015, at Santa Ana, California.



_____
Farida Baig